# EXHIBIT A

# STATE OF GEORGIA

Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

## CERTIFICATE OF SEARCH

I, **Brad Raffensperger**, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that the automated database for business entities has been searched and that the following named entity was not found filed of record as of the date stated below:

**Lutzy, Inc.**

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence of the existence or nonexistence of the facts stated herein.

SPECIAL NOTICE: Prior to July 1, 1988 certificates of Georgia limited partnerships were not filed with the Secretary of State but were filed with the clerks of superior court of the county of the partnership's principal place of business.

Docket Number : 24109557
Print Date : 12/30/2022
Form Number : 212



Brad Raffensperger
Secretary of State