# Exhibit A



Brittany Beckham <brittfletch@gmail.com>

**I see problems in the Toptal agreement**

Rosedale, Jeffrey <JRosedale@bakerlaw.com>  Sat, Jan 31, 2015 at 10:36 AM
To: Brittany Beckham <brittfletch@gmail.com>
Cc: "Grissett, Gregory" <GGrissett@bakerlaw.com>

Brittany,

I am concerned that you are not properly protected by this agreement.  Remind me again who provided this contract – Toptal?

I don't know Toptal – I only googled them today.  They seem to be a viable business but I am wondering out loud whether they can be trusted.  I'm not sure.

If Toptal came highly recommended to you from a personal acquaintance then I would feel a little better.  But I would feel A LOT BETTER if you worked with a more sophisticated technology development group with engineers here in the U.S. who have a known and highly regarded track record.  We need to surround you with top-end sophisticated people to help you make this BIG.  I don't get the sense that Toptal's Developer in Poland can help you become BIG.  I know of several tech development shops who I suspect may be better to work with.  I have one very sophisticated client who is working with some top-quality tech development shop.  I'm thinking of introducing you to that shop.  This website shows the work this tech development shop did for my client:  https://www.identifor.com/

So you may want to consider canceling or delaying the agreement with Toptal (at least temporarily) to give us some time to explore partnering with other developers.

Here are a number of problems with the Toptal agreement.

1.  The names and addresses of the parties are not specified in the top of the agreement.

2.  There is no description of what the end-goal of the "Software Development" is.  You're just paying this guy $2500 a week to do what, exactly?  The contract should specify.

3.  The 1% interest per week adds up to 67% interest penalty per year – that's outrageous.

4.  The area I highlighted in yellow about Toptal's <u>right</u> to publicize you as a satisfied customer after two weeks is unacceptable.  I would change this – they should obtain your written permission.

5.  The whole "look and feel" of this agreement seems very unprofessional and unsophisticated as a legal document, which concerns me.  For example, they inserted the weekly rate of the Developer in small type and don't even type in a dollar amount rounded off to fill in the space in this "form contract".

I have to attend to some family events for the next few hours but would be happy to discuss this further with you later this afternoon, tomorrow or Monday.

Best regards,

Jeff

**Jeffrey H. Rosedale, Ph.D.** | **BakerHostetler**

2929 Arch Street | Cira Centre, 12th Floor | Philadelphia, PA 19104-2891

T 215.564.8969 | F 215.568.3439 | M 215.901.3855

jrosedale@bakerlaw.com

Ex. A-1

Ex. A-2

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

**Toptal Agreement 2.pdf - Adobe Acrobat Pro.pdf**
301K

Ex. A-2

Ex. A-2

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

**Toptal Agreement 2.pdf - Adobe Acrobat Pro.pdf**
301K

Ex. A-2