# Exhibit B

                                                                                       Brittany Beckham <brittfletch@gmail.com>

**Initial business plan outline ideas to consider**

**Rosedale, Jeffrey** <JRosedale@bakerlaw.com>                                                  Tue, Feb 3, 2015 at 12:19 PM
To: Beckham Brittany <brittfletch@gmail.com>
Cc: "Grissett, Gregory" <GGrissett@bakerlaw.com>

Hi Brittany,

I really could have used your app this morning as I'm on my way to San Antonio for a few days. What's the weather? What to wear?  What to pack?   😀

I've been typing out an outline of business plan Go-Dos for you to think about.   These ideas are based on our conversations and emails since Friday. I probably missed something critical so consider this a work in progress.  Also, the items are *somewhat* listed in order of what should be done first.  Initial IP first...then probably begin tech development, and then start everything else at the right time, TBD. We will need to discuss timing, of course.  Other than my flight times 1:40-3:30 and 5:30-9:00 I can be reached at my cell today if you'd like to chat.

"Go Big" Key Go-Dos:
Mini Goals: App Development
Big Goals: Technologically smart systems that disrupts the apparel/fashion industry (Make a Difference / Change the World)

I.  IP Protection
    A.  Utility patents (in no particular order...we should figure out what to work on first, second, third, etc. Total IP protection can go beyond our commercialization plans; it should try to include our future plans)
        1.  B/W Styles Closet - (Our main interface IP - choices w/ lookup tables (weather, events, styles) based on what's in closet/what's in suitcase)
        2.  AI-Learning Smart Styles Closet - based on prior history (history can be yours', a friends', of others', of pros')
        3.  DressMe App
        4.  Socially Networked Style Closets
        5.  Wardrobe Builder - barcode scanner at point of purchase, QR Code, RFID tag (TC Clare on team), future. App function in Internet purchase subroutine to automatically add purchase to wardrobe when it arrives
        6.  Wardrobe Planner (V1.0) (choose styles to wear for x days (based on location, weather, season, event, work or weekend, etc); purchase recommendations based on closet and laundry inventory; laundry, dry cleaner, travel planner, suitcase planner, carry on planner)
        7.  Wardrobe Smart Tracker (V2.0) - IOT (Internet of Things) New to Industry tracking/coding standards and technology.  Networked.
        8.  Big Data Analytics and Revenue generation

    B.  Design patents
        1.  Look and feel of all of our novel main screens - whether smartphone app, or computer.
        2.  Look and feel of our website

    C.  Trademarks
        After selecting initial company names and product names that we want for branding purposes, we do TM clearance searches.  Those that appear to be clear we then file TM applications

    D.  Copyright
        1.  Put "Copyright 2015 (official company name)"  on all documents, webpages, work materials, etc.

    E.  Trade secrets
        1.  Certain "crown jewel" details of our AI should be kept as a trade secret
        2. Key strategic partnerships and relationships should be maintain as trade secret

    F.  Agreements
        1.  Non-Disclosure & Nin-Compete Agreements. With everyone we initially speak with (tech developers, partners, employees...anybody who could intentionally or unintentionally disclose what we are doing. Best Practice: file patent applications BEFORE we get NDAs in place.

II.  Technology Development
    1.  Interview App and System Developers - timing is not immediate, but start once initial IP is  underway.

III.  Corporate Development  - begin discussing format (Corp?  LLC?  S-Corp? Etc). Include Steve Merlin on discussions

IV.  Corporate Finance - Investment needed to build the company - TBD (an experienced CEO/CFO type person should eventually be on our team)

V.  Website Domain Name - based on TM and branding strategy

VI.  Strategic Partnerships
     1.  Tech Developer(s)
     2.  Tech-savvy Retailers (Nordstrom's is particularly tech-savvy)
     3.  Fashion-savvy Retailers

VII.  Build Team (fairly soon; key people, partners, employees, who want to work with us):
     1.  Key Partner - fashion/apparel industry "veteran" with all the right networking contacts

Future Work:
Brand Development
Marketing / Sales
Launch
Fashion Industry Disruption
Revenue Model
    Advertising
    Fashion sales
    Data

Best regards,
Jeff

*Jeffrey H. Rosedale, Ph.D. | BakerHostetler*

*2929 Arch Street | Cira Centre, 12th Floor | Philadelphia, PA 19104-2891*
*T 215.564.8969  | F 215.568.3439 | M 215.901.3855*
*jrosedale@bakerlaw.com*

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

**Ex. B-2**