# Exhibit D



**Brittany Beckham <brittfletch@gmail.com>**

## Your TM work
3 messages

**Rosedale, Jeffrey** <JRosedale@bakerlaw.com>                                                              Mon, Aug 10, 2015 at 3:19 PM
To: Beckham Brittany <brittfletch@gmail.com>
Cc: "Moorman, Courtni E." <cmoorman@bakerlaw.com>

Hi Brittany,

I hope your summer is going well. I've been asked to make a personnel change to help you control your legal expenses.  In this regard, to help keep your trademark costs as low as possible we are going to reassign your trademark application files to a lawyer in our Cleveland office who has a much lower billing rate than Donna's.  In this regard I would like to introduce you Courtni Moorman who, going forward, will be handling the prosecution of your trademark applications.  Donna has been apprised and will be working with her to ensure a smooth transition.

If you have any questions please feel free to reach out to Courtni or me.

Best regards,
Jeff

**Jeffrey H. Rosedale
BakerHostetler, LLP
215.564.8969**

*Sent from my mobile device. Please excuse typos.*

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

**Moorman, Courtni E.** <cmoorman@bakerlaw.com>                                                            Mon, Aug 10, 2015 at 3:28 PM
To: Beckham Brittany <brittfletch@gmail.com>
Cc: "Rosedale, Jeffrey" <JRosedale@bakerlaw.com>

Hi Brittany,

I look forward to working with you.  My contact information is below, and if you click on my name it will take you to my bio.  Please feel free to contact me with any trademark-related questions you may have.

Kind regards,

Courtni

**Courtni Moorman** | **BakerHostetler**

PNC Center | 1900 East 9th Street, Suite 3200 | Cleveland, OH 44114-3482

T 216.861.6106 | F 216.696.0740

cmoorman@bakerlaw.com

[Quoted text hidden]

[Quoted text hidden]

---

**Brittany Beckham** <brittfletch@gmail.com>                                      Tue, Aug 11, 2015 at 2:26 AM
To: "Rosedale, Jeffrey" <JRosedale@bakerlaw.com>
Cc: "Lebowitz, Todd" <TLebowitz@bakerlaw.com>
Bcc: apparelwardrobe@gmail.com

Jeff,

How are you? First off, I'm so tired off having to communicate my concerns with you, and then all of a sudden…I'm "introduced" or put into contact with someone else without my permission. Im confused, and I do not understand the following:

A: I sent an email with concerns about cost with Donna. Not about not paying for things…but had questions. I don't see why that is a problem? As my attorney…I should be able to come to you with these questions, and also have them answered. Bottom line.

B. Why are you continuing to communicate with more people and inform them of my idea without my permission? I have told you how I am not comfortable with this, and you continue to do it. It's extremely frustrating, and I do not understand why you feel this is okay.

C. Why am I dealing with another trademark attorney if Donna filed the trademark and got everything taken care of? You said that you would come to me with costs and when they would be happening moving forward. So again, why did you not come to me…approach me with the answers to my previous email…and ask me what I would like to do? It makes absolutely no sense.
Cost has not been my concern, but I'm tired of costs continuing to happen because of lack of tasks being done or communicated.

D. How many times do I have to reiterate all of the above concerns? I am just so tired of it. Call me, ask me, email me, and communicate! I am so tired of more people becoming involved WITHOUT my permission.

Please let me know. Thank you.

Brittany Beckham

[Quoted text hidden]