# Exhibit E

# BakerHostetler

Baker&Hostetler LLP

2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA 19104-2891

T 215.568.3100
F 215.568.3439
www.bakerlaw.com

**JEFFREY H. ROSEDALE**
215-564-8969
jrosedale@bakerlaw.com

February 10, 2015

Via Electronic Mail (brittfletch@gmail.com)
Mrs. Brittany Beckham
3286 Northside Pkwy NW, Apt 904
Atlanta, GA 30327

Re:   Representation – *Smart Wardrobe Fashion System*
      Our Ref:  TBD

Dear Brittany:

This letter sets forth the terms and conditions of the representation by BAKER & HOSTETLER LLP ("BAKER & HOSTETLER," "the Firm," or "we") of you ("the Client" or "you") by the Firm in connection with helping you develop a company and intellectual property for commercializing your smart wardrobe fashion system.

The Firm will be counsel only for you and the company that we will help you develop. The firm's engagement is with you as the founder of the company, and eventually with the company that is formed, and not with anyone else.

**Scope of Representation/Cooperation**

You have engaged the Firm to represent you in connection with developing a company and intellectual property for commercializing your smart wardrobe fashion system ("the Matter"), for example, by filing one or more patent applications as we have discussed.  We are also prepared to advise you on additional strategies for protecting your intellectual property and will plan to discuss such additional matters in due course.

Our responsibilities are limited to performance of services related to the Matter.  Any expansion of the scope of our representation must be agreed to in writing by both you and the Firm.  You understand and agree that the Firm's receipt or use of your confidential or other information whether from you or others in the course of this

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Ex. E-1

Mrs. Brittany Beckham
February 10, 2015
Page 2

representation will not give rise to any expectation on your part that the Firm will render any other advice or services.

 I will be primarily responsible for the supervision of the Matter, but you are engaging the Firm, not me individually.  As and when necessary, I will draw upon the talents of other lawyers and non-lawyers within the firm.

 You understand and agree that, in order for us to represent you effectively, it is necessary for you to assist and cooperate with the Firm. You agree to make yourselves (including your employees if applicable) reasonably available (1) to discuss issues as they arise in this matter; (2) to attend and participate in meetings, preparation sessions, and other activities in connection with the representation; and (3) to provide complete and accurate information and documents to us on a timely basis.

 Please note, in relation to patent services, the firm does not monitor or pay maintenance fees on issued U.S. patents and annuities for pending foreign applications and granted foreign patents.

**Representation of Others in Your Industry and Potentially Adverse Situations**

 We may represent other clients operating in the fashion industry, and we may represent competitors of yours.  You understand that, in the course of advising and representing other businesses in this industry, the Firm will learn confidences and secrets of other clients who are or may be business competitors of the Client.  You understand and agree that the Firm, in fulfilling its professional obligations to its other clients, may not disclose the secrets and confidences of those clients to the Client, and the Client agrees that the Firm shall be under no obligation to the Client to disclose to the Client the confidences and secrets of other clients.  In fulfillment of the Firm's obligations to you, the Firm will, of course, not disclose the secrets and confidences of the Client to other clients.

 There is always the possibility that we may be called upon by other clients, present or future, to act in an adverse position to you. You understand and agree that we shall not be prohibited, during the course of our above-described representation or thereafter, from representing any existing or future clients in any other matter, including (without limitation) the prosecution or defense of litigation in which such clients are, or may be, adverse to you, provided that such matter is not substantially related to the matter in which we are representing you, and does not require us to use confidential information that we have learned from you while working on your behalf.  In the event we do undertake matters for other clients in these circumstances, no lawyers working on

Mrs. Brittany Beckham
February 10, 2015
Page 3

your matter will work on the matter for the other client; and an ethical screen will be established at the outset of the other engagement between the lawyers working on this Matter and the lawyers working for the other client.

By way of example, where a patent owned by another client is cited during the prosecution of a patent application being prosecuted by the Firm on your behalf, in the exercise of reasonable judgment as your counsel, unless we are required to challenge the validity of such cited patent, we will proceed with the prosecution of your application. Similarly, where one of your patents is cited during the prosecution of a patent application being prosecuted by the Firm for another client in the exercise of reasonable judgment as your counsel, unless we are required to challenge the validity of your patent, we will proceed with the prosecution of such other client's application.

By countersigning this engagement letter, you consent to the Firm's representation of other clients in the manner and to the extent described above and subject to the Firm's maintaining your, and other clients', confidences and secrets separately and without disclosing such confidences and secrets to the other(s). You understand and agree that you have the option to engage other counsel who do not represent other clients in the fashion industry. You further understand that prior to countersigning this engagement letter, you may seek advice from other counsel as to the advisability of giving the consents contained herein, and if you have any questions regarding these or other terms of this letter, you should obtain such advice before countersigning this engagement letter.

### Use of Electronic Communication Devices

Because of the possible risk of breach of confidentiality during the course of using modern electronic communications methods, it is important that we agree from the outset what kinds of communications technology we will employ in the course of this Engagement. Unless you specifically direct us to the contrary in writing, for purposes of this Engagement, we may use fax machines, cell phones, smartphones, PDAs, and e-mail in the course of the Engagement without any encryption or other special protections.

### Fees and Expenses

The Firm's fees are based on the actual time spent on the matter by the Firm's attorneys. Each attorney has an hourly rate at which his or her time is charged. That rate is set by the Firm, usually annually, taking into consideration the individual's professional background and other relevant factors. The current hourly rates in our Philadelphia office range from about $285 to about $735 for attorneys, and up to about

Mrs. Brittany Beckham
February 10, 2015
Page 4


$225 per hour for paralegals.  My rate is $535 per hour.  Hourly rates are likely to change during the course of our representation.  We will always give you at least 30 days notice in advance of any such increases.

We do not charge for office overhead, telephone, or photocopying.  Our invoices will include out-of-pocket expenses including payment of filing or other similar fees, consultants, experts, court reporters, travel expenses, including mileage and airfare, lodging, meal and similar expenses, unless any of the foregoing are arranged to be billed directly to you.  If such expenses are not billed directly to you or the costs for them are not advanced to us, our bill for the reimbursement of these expenses may include an administrative charge of five percent.  In the event that the anticipated expenses are substantial (for example, expert fees), we may ask you to pay those costs directly.

We will bill you monthly and payment will be due in U.S. dollars within 30 days of the date of the invoice.  Billing for certain costs such as experts may post-date the rendering or use of those services by several months because of delays in the receipt of third-party bills and the posting of accounts.

**Retainer**

It is our standard practice to requests a retainer at the outset of our representation.  We have agreed on a retainer of **$15,000.00**.  That amount shall be deducted from your initial bill(s).  We may ask for an additional retainer in the event that payments are not made timely or in the event that we anticipate a large expenditure of time.  If you do not provide us with an advance deposit when we request it, we reserve the right to withdraw from representing you in this matter and you agree to not object to our withdrawal in such circumstances.

**Termination of Representation**

You may terminate this representation at any time, with or without cause. We also reserve the right to withdraw at any time to the extent permitted by the applicable ethical rules.   In the event of termination of either of us, fees and costs for work performed prior to termination, will still be payable.

Following any termination of representation, client files will be released only following delivery to the Firm of a signed release letter containing appropriate directions and an acknowledgment of the obligation to pay outstanding fees. You shall not be charged for the removal or transfer of electronically stored information ("ESI") other than the transfer of any docketing related ESI for which we would incur a third party cost.  In that event, you agree that you will pay for any such third party services.

C:\Users\jrosedale\Desktop\Engagement letter - Brittany Beckham.docx

**Ex. E-4**

Mrs. Brittany Beckham
February 10, 2015
Page 5

You will also be charged for the reasonable costs of retrieval, assembly, copying and transfer of all files or materials in any format other than ESI.

**Binding Agreement**

This letter represents the entire agreement between you and the Firm with respect to this Matter.  By signing below, you acknowledge that you have carefully reviewed this letter, understand its contents, and agree to be bound by all of its terms and conditions.  Furthermore, you acknowledge that the Firm has made no representations or guarantees to you regarding the outcome of the patent prosecution.  In addition, you have the right to consult other counsel to resolve your concerns.  No change or waiver of any of the provisions of this letter shall be binding on either you or on the Firm unless the change is in writing and signed by both you and the Firm.

Any work performed before the signing of this letter shall be subject to the same terms and conditions set forth above.

If the foregoing accurately reflects our agreement, please confirm that by signing and returning a copy of this letter to me along with your check for the retainer amount.  Please do not hesitate to call me to discuss any questions you may have regarding this agreement.

Thank you again for this opportunity to be of service to you; my colleagues and I look forward to working with you.

Sincerely,

BAKER & HOSTETLER LLP

By:

*/s/ Jeffrey H. Rosedale/*

_____
        Jeffrey H. Rosedale

JHR/mac

C:\Users\jrosedale\Desktop\Engagement letter - Brittany Beckham.docx

**Ex. E-5**

Mrs. Brittany Beckham
February 10, 2015
Page 6

    Brittany Beckham, has reviewed and agreed to the above terms of engagement of BAKER & HOSTETLER LLP for the purposes and to the extent described in this letter.

    Agreed to by Brittany Beckham:

Sign: _____

Name:   BRITTANY BECKHAM

Date: _____