# Exhibit F



Brittany Beckham <brittfletch@gmail.com>

## Hopefully wonderful news!
10 messages

**Rosedale, Jeffrey <JRosedale@bakerlaw.com>**  Fri, Feb 13, 2015 at 2:49 AM
To: Beckham Brittany <brittfletch@gmail.com>

Brittany,

I couldn't sleep because I have some hopefully wonderful news for you. One of our patent attorneys, Tom Clare ("TC"), happens to be an expert in RFID technology. RFID is like bar code technology but uses radio waves to send out a unique serial number. He knows of a certain tiny version that can be sewn into and track clothing, and can withstand washing or dry-cleaning. So as clothes go into your closet they are automatically added into your wardrobe. The RFID scanner could be a smartphone or a separate scanning device hidden near your closet door...wow!

Equally interesting, TC knows of a fantastic app developer here in Philadelphia by the name of Eric Eckstein who runs the company Yourappscompany.com. When I asked TC whether we can trust Eric's company to do a good job he replied, "Oh my God, I would trust Eric with my life!" Being your very cautious IP lawyer, however, I believe in "Trust, but verify". So later today (Friday) we are going to meet Eric for lunch. Please note that we haven't told Eric anything about your app, and we do not plan to tell him anything unless:
1. we have your approval,
2. he signs a confidentiality and non-compete agreement, and
3. Greg has completed your patent application.

Our lunch meeting is mainly to ensure that:
1. Yourappscompany.com would not have a conflict of interest in working with us (i.e., he's not already working on a fashion app);
2. Yourappscompany.com is sufficiently technologically sophisticated to handle your app development and/or other technological needs;
3. Yourappscompany.com has developed high-quality apps for satisfied clients; and
4. Eric would sign an app developers agreement that ensures confidentiality, non-compete, and assigns all IP rights to you.

We will also obtain references and/or letters of recommendation from Eric to check out. I'll let you know how it all goes. In the meantime feel free to view his LinkedIn:
http://www.linkedin.com/pub/eric-eckstein/0/b75/a68

I think you can understand why I cannot sleep!

Again, I hope you are having a wonderful time in NYC, and safe travels back to Atlanta today.

Best regards,
Jeff

*Jeffrey H. Rosedale, Ph.D. | BakerHostetler*

2929 Arch Street | Cira Centre, 12th Floor | Philadelphia, PA 19104-2891
T 215.564.8969 | F 215.568.3439 | M 215.901.3855
jrosedale@bakerlaw.com

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error please notify us immediately by replying to the message and deleting it from your computer.

Ex. F-1