# Exhibit G

**From:** **Rosedale, Jeffrey** JRosedale@bakerlaw.com
**Subject:** Re: a trendi brand strategy???
**Date:** February 26, 2015 at 6:02 PM
**To:** Brittany Beckham brittfletch@gmail.com

trendi tunes

Oooohhhh.....

BTW, there's a great famous quote by Pablo Picasso, which IP lawyers are **not** supposed to tell their clients about:

*Good artists borrow. Great artists steal.*

We're finally getting ready to take off - 3 hours late!

Best regards,
Jeff

*Jeffrey H. Rosedale, Ph.D. I BakerHostetler*

2929 Arch Street I Cira Centre, 12th Floor I Philadelphia, PA 19104-2891
T 215.564.8969  I F 215.568.3439 I M 215.901.3855
jrosedale@bakerlaw.com

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

**Ex. G-1**