# Exhibit K

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 62/232,443 | 09/25/2015 | | 260 | 099252.000006 | | |

**CONFIRMATION NO. 8471**

23377
BAKER & HOSTETLER LLP
CIRA CENTRE 12TH FLOOR
2929 ARCH STREET
PHILADELPHIA, PA 19104-2891

**FILING RECEIPT**

[barcode]
OC000000077958388

Date Mailed: 10/09/2015

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Dipali Goenka, Mumbai, INDIA;

**Applicant(s)**

Dipali Goenka, Mumbai, INDIA;

**Power of Attorney:**
Gregory Grissett--59910

**If Required, Foreign Filing License Granted:** 10/08/2015
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 62/232,443**
**Projected Publication Date:** None, application is not eligible for pre-grant publication
**Non-Publication Request:** No
**Early Publication Request:** No
**Title**

BEDDING ARTICLES INCLUDING MOISTURE SENSORS

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same

**Ex. K-1**

effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

### Title 35, United States Code, Section 184

### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with

respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

### *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

**Ex. K-3**

Doc Code: **TR.PROV**
Document Description: Provisional Cover Sheet (SB16)

PTO/SB/16 (11-08)
Approved for use through 05/31/2015. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## Provisional Application for Patent Cover Sheet
This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c)

### Inventor(s)

Inventor 1                                                                    Remove

| Given Name | Middle Name | Family Name | City | State | Country ᵢ |
|---|---|---|---|---|---|
| Dipali | | Goenka | Mumbai | | IN |

All Inventors Must Be Listed – Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.          [ Add ]

| Title of Invention | BEDDING ARTICLES INCLUDING MOISTURE SENSORS |
|---|---|
| Attorney Docket Number (if applicable) | 099252.000006 |

### Correspondence Address

Direct all correspondence to (select one):

| ⦿ The address corresponding to Customer Number | ◯ Firm or Individual Name |
|---|---|
| Customer Number | 23377 |

| The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government. |
|---|
| ⦿ No. |
| ◯ Yes, the invention was made by an agency of the United States Government.  The U.S. Government agency name is: |
| ◯ Yes, the invention was under a contract with an agency of the United States Government. The name of the U.S. Government agency and Government contract number are: |

EFS - Web 1.0.1

**Ex. K-4**

Doc Code: **TR.PROV**
Document Description: Provisional Cover Sheet (SB16)

PTO/SB/16 (11-08)
Approved for use through 05/31/2015. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## Entity Status
**Applicant asserts small entity status under 37 CFR 1.27 or applicant certifies micro entity status under 37 CFR 1.29**

○ Applicant asserts small entity status under 37 CFR 1.27

○ Applicant certifies micro entity status under 37 CFR 1.29. Applicant must attach form PTO/SB/15A or B or equivalent.

◉ No

## Warning

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

## Signature

Please see 37 CFR 1.4(d) for the form of the signature.

| Signature | /Gregory A. Grissett/ | | | Date (YYYY-MM-DD) | 2015-09-25 |
|-----------|----------------------|--|--|-------------------|------------|
| First Name | Gregory A. | Last Name | Grissett | Registration Number (If appropriate) | 59910 |

This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **This form can only be used when in conjunction with EFS-Web. If this form is mailed to the USPTO, it may cause delays in handling the provisional application.**

**Ex. K-5**

# Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or paten.  Accordingly, pursuant to the requirements of the Act, please be advised that :  (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, t o a n other federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.      A record in this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

099252.000006

## BEDDING ARTICLES INCLUDING MOISTURE SENSORS

## TECHNICAL FIELD

[0001]   This disclosure relates generally, but not exclusively, to moisture detection in bedding articles using flexible sensors.

## BACKGROUND

[0002]   Textile articles, such as garments, bedding, curtains, etc., are ubiquitous products.   In a given day, textile articles define much of our sensory experience (e.g. sound, sight, touch, smell).   But advances in textile technologies have led to new interactions between the user and textile materials.   For example, wearable technologies includes sensors embedded into the fabric structure of a garment that are designed to measure physiological data and transmit that data to a linked computing device.   Moisture detection is another application where sensors are used to detect moisture in or the wetting out of a textile material by a liquid.   Nocturnal enuresis or bedwetting is common among young children and is one area were moisture detection may prove beneficial to reduce or eliminate occurrences of nocturnal enuresis.   Designing bedding articles, however, that include sensors but also maintain softness, drape, washability, and durability and at a reasonable price point is difficult and a largely unpredictable endeavor.   Moisture sensors may be bulky and rigid and when attached to bedding or other textile article negatively impact comfort and use.

## SUMMARY

[0003]   In one embodiment, a system is provided that is configured to detect moisture in a bedding article.   The system includes a bedding article comprising at least one textile layer, one or more flexible sensors integrated into the at least one textile layer, and an interface element electrically connected to the one or more flexible sensors.   Each textile sensor is configured to provide sensor data indicative of moisture.   The interface is configured to forward the sensor data associated with the one or more flexible sensors to a monitoring device.   The monitoring device is communicatively coupled to the interface element via a communication link.   In response to receiving sensor data from the interface element, the monitoring device is configured to determine if the sensor data indicates that a moisture criterion is met and determine if a

099252.000006

respective one of the one or more flexible sensors is in contact with moisture based upon the determination that the moisture criterion is met.

[0004]   In another embodiment, a computer-implemented method is provided for detecting moisture in a bedding article.  The method includes receiving, via a wireless communication link, sensor data associated with one or more flexible sensors integrated into at least one textile layer of the bedding article.  The received sensor data is indicative of moisture in the bedding article proximate the one or more sensors.  The method further includes determining that a moisture criterion is met based on the sensor data and determining that the at least one textile layer in a location proximate the one or more sensors is in contact with moisture based on the determination that the moisture criterion is met.

[0005]   This Summary is provided to introduce a selection of concepts in a simplified form that are further described below in the Detailed Description. This Summary is not intended to identify key features or essential features of the claimed subject matter, nor is it intended to be used to limit the scope of the claimed subject matter.

**BRIEF DESCRIPTION OF THE DRAWINGS**

[0006]   Figure 1 depicts a system for detecting moisture in a bedding article including flexible sensors in accordance with an embodiment of the present disclosure.

[0007]   Figure 2 is a plan view of the bedding article shown in Figure 1.

[0008]   Figure 3 is a sectional view of the bedding article shown in Figure 2.

[0009]   Figures 4A through 4C are different views of the bedding article illustrated in Figures 1 to 3 shown disposed on a mattress set.

[0010]   Figures 5A and 5B are plan and sectional views of a mattress pad including a flexible sensor, in accordance with an embodiment of the present disclosure.

[0011]   Figure 6 is a block schematic diagram of a monitoring device illustrated in Figure 1.

**Ex. K-8**

099252.000006

**[0012]**    Figure 7 is a flowchart illustrating a method for detecting moisture in a bedding article in accordance with an embodiment of the present disclosure.

## DETAILED DESCRIPTION OF EMBODIMENTS

**[0013]**    Turning to Figure 1, an illustrative system suitable for use in implementing embodiments of the present disclosure is depicted and referenced generally by designator 100. The components shown in Figure 1 are a few of the components that embodiments of the present disclosure may interact with during operation.  In Figure 1, the components are communicatively coupled to each other as appropriate for carrying out their respective functions within system 100.  Figure 1 depicts a high level overview of system 100.  Accordingly the components therein are described with an emphasis on function and in brief for the sake of simplicity.  One skilled in the art will recognize that system 100 is but one example of a suitable system for implementing aspects of the invention.  As such, system 100 is not intended to suggest any limitation as to the scope of use or functionality of the invention.

**[0014]**    As depicted in Figure 1, system 100 includes bedding article 110 that is configured to communicate with a computing device 120 via communication link 130.  In general, bedding article 110 includes one or more flexible sensors 140 that are configured to forward sensor data indicative of moisture in contact with one or more flexible sensors 140 to the computing device 120.  By using sensors that are flexible and washable, the bedding article 110 can be used like conventional bedding articles, having appropriate drape and hand while providing the additional functionalities described herein.  In contrast, bedding article 110 may be less comfortable, drapable, or even useable if bedding article 110 utilized conventional sensors composed of electrical components that may be bulky or rigid.  Even though bedding article 110 is depicted as a bed sheet in Figure 1, those skilled in the art will recognize that bedding article 110 may take on any variety of forms.  For example, the bedding article may be  fitted sheet, blanket or other article.  In alternative embodiment, the bedding article can be a mattress pad (see Figures 4A and 4B). In still other embodiments, the bedding article can take on the form of a comforter, a quilt, a pillow case, a fitted crib sheet, or any other bedding article known in the art.

**[0015]**    In system 100, computing device 120 is configured to receive the sensor data indicative of moisture from bedding article 110 via communication link 130.  Even though

3

099252.000006

computing device 120 is depicted as a smart phone in Figure 1, those skilled in the art will recognize that computing device 120 may take on any variety of forms.  For example, computing device 120 may take on the form of a desktop computer, a laptop, a tablet, or any other computing device known in the art.  In response to receiving the sensor data, computing device 120 is configured to determine if the sensor data indicates that a moisture criterion is met.  The computing device 120 can be referred to as a monitoring device.

[0016]    As used herein, "moisture criterion" refers to a predefined condition and/or predefined set of conditions referenced by computing device 120 when analyzing sensor data to detect that bedding article 110 or at least one textile sensors among the one or more flexible sensors integrated into bedding article 110 is in contact with moisture.  In an embodiment, a moisture criterion may be based on an electrical property associated with the one or more flexible sensors.  For example, the electrical property may include a resistance, reactance, voltage, current, phase, resonant frequency, or a combination thereof.  In an embodiment, a moisture criterion may be based on a measure of variability of an electrical property associated with the one or more flexible sensors.  For example, the measure of variability may include range, variance, standard deviation, and the like.  In an embodiment, a moisture criterion may be based on a comparison between electrical properties corresponding to two or more textile sensors.

[0017]    Communication link 130 represents one or more bidirectional communication paths that communicatively couple bedding article 110 and computing device 120.  In an embodiment, communication link 130 is a direct wireless link governed by such communication protocols as: Wi-Fi, Zigbee, Z-Wave, Bluetooth, Bluetooth Low Energy, Near-Field Communications, and the like. In an embodiment, communication link 130 includes at least one wired link governed by such communication protocols as: Ethernet, ATM, Token Ring, FDDI, and the like.  In an embodiment, communication link 130 includes at least one telecommunication link governed by such communication protocols as: CDMA, EvDO, GPRS, TDMA, GSM, WiMax technology, LTE, LTE Advanced, and the like.  The communication link 130 can include a wired link as well.

4

**Ex. K-10**

099252.000006

[0018]    As depicted in FIG 1, communication link 130 includes downlink direction 132 and an uplink direction 134.  Downlink direction 132 represents one or more communication paths from computing device 120 to bedding article 110.  Uplink direction 134 represents one or more communication paths from bedding article 110 to computing device 120.

[0019]    The communication link 130 includes a network of any type that is suitable for providing communications between bedding article 110 and computing device 120.  In this embodiment, communication link 130 may comprise a combination of discrete networks which may use different technologies. For example, the communications network includes a cellular network, a Wi-Fi/ broadband network, a local area network (LAN), a wide area network (WAN), a telephony network, a fiber-optic network, or combinations thereof. In an example embodiment, communication link 130 includes the Internet and any networks adapted to communicate with the Internet.  Communication link 130 may be also configured as a means for transmitting data between bedding article 110 and computing device 120.

[0020]    Turning to Figure 2, the a bedding article 110 in accordance with an embodiment of the present disclosure includes a textile material 201, one or flexible sensors 140 integrated with the textile material 201, and an interface element 150 that is configured as a data conduit between the sensors 140 and computing device 120.  Each component will be discussed next.

[0021]    Continuing with Figure 2, the bedding article 110 includes the textile material in the form of panel having a head end 202, a foot end 204 spaced from the head end 202 along a longitudinal direction L, and opposed side ends 206 and 208, respectively, spaced apart with respect to each other along a lateral direction A that is perpendicular to the longitudinal direction L.  The panel defined by bedding article 110 is framed by hem 210 along an external perimeter of the panel.  When hem 210 is present, interface element 150 may be attached to bedding article 110 along or proximate the hem 210.

[0022]    The textile material 201 includes a face 212 and a back 214 opposed to a face 212 along vertical direction V.  The textile material 201 further includes at least one textile layer 222 that defines the face 212, and at least one barrier component 224 disposed adjacent to the at least one textile layer 222. The barrier component 224 defines the back 214 of the textile

5

099252.000006

material 201 such that when the bedding article 110 is placed on the mattress (see Figures 4A-4C), the barrier component 224 is configured to block or inhibit moisture from traveling through the back 214 of the textile material 201 into the mattress.

[0023]    The textile layer 222 can be a woven, knit, or nonwoven fabric, or any combination thereof.  In one example, the textile layer 222 is a woven fabric having a plurality of warp yarns and a plurality of weft yarns interwoven with the plurality of warp yarns to define the woven fabric.  Any type woven construction could be used, such as a plain weave, satin/sateen, twill, basket weave, or any other suitable woven construction.  In one example, the plurality of warp yarns are arranged to define a warp end density between about 50 warp ends per inch and about 300 warp ends per inch.  The weft yarns are arranged to define a weft density between about 50 picks per inch and about 300 picks per inch.  Woven fabrics can include synthetic warp and weft yarns, natural or blended warp and weft yarns, synthetic warp yarns with natural and/or blended weft yarns, natural warp yarns with synthetic weft yarns.  The warp yarn can have a range of yarn counts.  For instance, in one example, the warp yarn can have a count in a range between about 50 denier (106 Ne) to about 250 denier (21 denier).  The weft yarns can have a range of yarn counts.  For instance, in one example, the weft yarn has a count in a range between about 50 denier (106 Ne) to about 250 denier (21 denier).

[0024]    In another example, the textile layer is a knit fabric.  Knit fabrics may be a weft knit, such as single jersey knit fabric, a double knit, rib knit, or any other type of weft knitted fabric.  The knit fabric may alternatively be a warp knit, such as a tricot or rachel warp knitted fabric.  Yarns used in the knit fabric can have a range of yarn counts.  For instance, in one example, the knit yarn can have a count in a range between about 50 denier (106 Ne) to about 250 denier (21 denier).

[0025]    The textile layer 222 when woven or knit can be formed from any number of yarn types, such a spun yarns or continuous filament yarns.  Spun yarns may include natural fibers, synthetic fibers, or blends of natural and synthetic fibers.  Natural fibers include cotton, wool, bamboo, flax, hemp, or others.  Synthetic fibers may include polyethylene terephthalate (PET), polyolefin, polyamide 6, polyamide 6,6, polylactic acid (PLA) fibers, viscose rayon, acrylic, or other fiber types, such a flame resistant fibers as needed.  Suitable thermoplastic

6

099252.000006

synthetic staple fibers may be mono-component or bi-component type fibers.  A variety of yarn spinning types can be used, such as ring spun, open end, air-jet, compact spinning, and the like.  Continuous filaments yarns may include either or both mono-component or bicomponent filaments types.  Continuous filament yarns can be polyethylene terephthalate, polyolefin, and/or polyamide 6, polyamide 6,6, polylactic acid filaments.

[0026]   The textile layer 222 may also be a nonwoven fabric.  Suitable nonwoven fabrics, include melt-spun nonwovens, such as spunbond and meltblown materials or other structures.  A meltspun nonwoven can include a single spunbond layer, multiple spunbond layers, a single meltblown layer, multiple meltblown layers, or multiple layers of spunbond and meltblown materials.   Meltspun nonwovens can from with polyethylene terephthalate, polyolefin, and/or polyamide 6, polyamide 6,6, or polylactic acid polymers.  Alternatively, the nonwoven fabrics can be carded or airlaid materials that are bonded thermally, chemically, and/or mechanically, e.g. via needles or stitch bonding.  Suitable fibers for carded or airlaid materials include PET and viscose fibers, and the like.

[0027]   The textile layer 222 could also be laminate of a woven and nonwoven fabric, a knit and nonwoven fabric, or even a woven and knit fabric.  The textile layer 222 may also include a number of functional finishes, coatings, or other treatments that enhance functionality.  For instance, the textile layer 222 can include anti-bacterial agents, coatings, flame retardant coatings, and the like.

[0028]   The barrier component 224 can be a finish, coating, fabric, or film or membrane coupled to one side of the textile layer 222.  The barrier component is configured to help inhibit penetration of moisture or liquid through the article 110, as discussed above.  In one example the barrier component is a fluorocarbon finish applied to one side of the textile layer 222.  In another example, the barrier component is a fabric with a fluorocarbon carbon finish applied to one side of the fabric.

[0029]   Each textile sensor 140 is configured to provide sensor data. The sensor data is indicative of moisture in the textile material 201 that is in contact with a respective one of the flexible sensor 140.  The flexible sensor140 includes at least one conductive element 142 arranged in a pattern and two interface leads (not numbered).  A wired connector 142 is

7

099252.000006

electrically coupled to the two interface leads on the sensor 140 and interconnects with the associated interface element 150.

[0030]    The conductive element 144 is configured to propagate electrical signals (e.g. an excitation signal) through to the interface element 150.  The conductive element 142 includes at least one first linear portion 146 and at least one second linear portion 148 that is spaced apart from the at least one first linear portion a distance D.  In some examples, the distance D is between about 0.5 to about 5 cm.  When a conductive liquid exposed to the textile material 201 in the region between adjacent section of the linear portions 146 and 148, the liquid medium completes a circuit between the portions 146 and 148 of the conductive element 144, which results in output signal propagated to the interface element 150, as further described below.  The first and second linear portions 146 and 148 can be arranged in a concentric like spiral pattern as illustrated.  Alternatively, the first and second linear portions 146 and 148 can be arranged like a comb type configuration.  For example, the conductive elements can be arranged to have base portion that is elongate along a select direction and one or more branch portions that extend from the base portion.  Adjacent branch portions could be consider the first and second linear portions 146 and 148.

[0031]    In one example, the conductive element 142 is a conductive yarn that is made from stainless steel fibers.  The conductive yarn is embroidered onto the textile layer 222 in a defined pattern as illustrated. In another example, the conductive element is a conductive ink printed onto the woven layer 222.

[0032]    Continuing with Figures 1-3, the interface element 150 includes a connector, a PCB or electric components, a transceiver, and a power source or connection for a power source. For instance, in one example, the interface elements comprises an internal power source (not shown) configured to provide electrical power to the various components of bedding article 110. For example, the internal power source may be implemented as: a battery; a storage capacitor; a small-scale energy source (e.g. piezoelectric, magnetic induction, or thermoelectric generators); and the like.  The internal power source may be attached to the bedding article 110 along hem 210.  In another example, the bedding article 110 further comprises an external power interface (not shown) configured to couple electrical power from external power sources to the various

8

**Ex. K-14**

099252.000006

components of bedding article 110.  For example, the external power interface may to external power sources as: external batteries; electrical outlets; and the like.  In such an example, the external power interface may be attached to bedding article 110 along hem 210.

[0033]    In one particular example, the bedding article 110 is sheet and the textile material 201 is a woven fabric is formed with cotton warp and weft yarns arranged in satin weave construction.  The weight is about 138 grams per square meter and has a construction of 40x40/132x94. In such an example, the barrier component is a fluorocarbon carbon finish applied to the woven fabric.  A conductive yarn composed of stainless steel fiber is embroidered onto the woven fabric in pattern as illustrated in Figures 1 and 2.  The interface element 150 is coupled the hem 210 and wired connector 142 couples the sensor 140 to the interface element 150.

[0034]    Figures 4A and 4B illustrates  the bedding article 110 applied to a mattress set 2 that includes a mattress 4 and box springs 6.  The mattress set 2 includes a top 8a, a bottom 8b spaced from the top 8a along a vertical direction V, opposed sides 8c and 8d spaced apart with respect to each other along a lateral direction A, a head end 8e and foot end 8f opposed to the head end 8e along a longitudinal direction L that is perpendicular to the vertical and lateral directions V and A.  As shown in Figures 4A-4C, the bedding article 110 is configured to wrap around the sides 8c, 8d, and head and foot ends 8e and 8f of the mattress.  As illustrated, the interface element 150 is positioned along hem 210 such that the interface element 150 is disposed between the mattress top 4 and box springs 6 such that the interface element 150 is hidden from view.

[0035]    In operation, a monitoring device (e.g. computing device 120 of Figure 1) detects moisture in bedding article 110 based on sensor data indicative of moisture provided by the one or more flexible sensors 140.  Specifically, when the moisture contacts both linear portions 146 and 148 of the sensor 150, the sensor 150 generates a data signal indicative of moisture.  The interface element 150 forwards the sensor data indicative of moisture to the monitoring device via a communication link (e.g. communication link 130 of Figure 1).  In one respect, interface element 150 is configured to serve as an endpoint for one or more communication paths of the communication link between bedding article 110 and the monitoring

9

**Ex. K-15**

099252.000006

device.  In an embodiment, interface element 150 serves as the endpoint by implementing one or more of a network interface controller, a modem, a modulator, a demodulator, an encoder, a decoder, a wireless interface card, a wired interface card, and an antenna.

[0036]   In embodiments utilizing excitation signals, interface element 150 is further configured to generate and feed excitation signals to one or more of the flexible sensors 140.  In one example, an excitation signal is continuously generated and fed to at least one of the textile sensors 140 by interface element 150.  In another example, an excitation signal is periodically generated and fed to at least one of the textile sensors 140. Regardless, the excitation signal is generated and fed to at least one of the flexible sensors 140 in response to receiving an instruction to do so.  For example, such instruction may be received from the monitoring device 120.  In another example, such instruction may be received from a component within interface element 150 according to a predefined metric.  The predefined metric may be based on interface element 150 detecting movement, a temperature change, activation of an input associated with bedding article 110 (e.g. a button), and the like.

[0037]   Another embodiment of the system 100 is shown Figures 5A and 5B.  As illustrated, the the bedding article 310 is a mattress cover or pad 301 that is configured to overly the top panel of the mattress when the system is installed.  The mattress cover 310 includes one or more sensors 140 and an interface element 150.  The sensors 140 and interface element 150 are similar to the sensors 140 and interface element 150 described above with respect to bedding article 110.

[0038]   Continuing with Figures 5A and 5B, the mattress cover 310 includes a panel 301 an upper layer 354, a lower layer 358 opposed to the upper layer 354, and a cushioning member 356 disposed between the upper and lower layers 354 and 358.  Either or both the layers 354 and 358 may include a barrier component that is similar to component 222 described above.  Accordingly, the barrier component can be a finish, coating, fabric, or film or membrane.  The barrier component is configured to help inhibit penetration of moisture or liquid through the article 310, as discussed above.  In one example the barrier component is a fluorocarbon finish applied to one side of the textile material.  In another example, the barrier component is a fabric with a fluorocarbon carbon finish applied to one side of the layer 354 or 358.

**Ex. K-16**

099252.000006

[0039]    The cover 310 further includes a head end 302, a foot end 304 spaced from the head end 302 along the longitudinal direction L to define a length 53, and opposed sides 306 and 308 spaced apart with respect to each other along the lateral direction A.  As illustrated, the mattress cover panel is sized to cover at least portion of the top 8a of the mattress 4.  The cover includes a placket, which may be configured as a hem that partially secures the upper layer, lower layer and cushioning members together.

[0040]    The upper and lower layers 354 and 358 can be formed from one or more textile materials.  The textile materials that form the upper and lower layers can be woven, knit, or nonwoven fabrics.  As needed, additional films or barriers may be included in the upper and/or lower layers.  The textile materials for the mattress cover 310 may be a woven fabric, such as a plain weave, satin/sateen, twill, basket weave, or any other suitable woven construction.  Woven fabrics can include synthetic warp and weft yarns, natural or blended warp and weft yarns, synthetic warp yarns with natural and/or blended weft yarns, natural warp yarns with synthetic weft yarns.  The textile material may also include a knit fabric.  The knit fabric may be a weft knit, such as single jersey knit fabric, a double knit, rib knit, or any other type of weft knitted fabric.  The knit fabric may alternatively be a warp knit, such as a tricot or rachel warp knitted fabric.

[0041]    Woven or knit textile materials forming the upper and lower layers 354 and 358 can be formed from any number of yarn types, such a spun yarns or continuous filament yarns.  Spun yarns may include natural fibers, synthetic fibers, or blends of natural and synthetic staple fibers.  Natural fibers include cotton, wool or others.  Synthetic fibers may include polyethylene terephthalate (PET), viscose rayon, acrylic, or other fiber types, such a flame resistance fibers as needed.  Suitable thermoplastic synthetic staple fibers may be mono-component or bi-component type fibers.  A variety of yarn spinning types can be used, such as ring spun, open end, air-jet, and the like.  Spun yarns can therefore include spun cotton yarns and/or spun cotton and polyethylene terephthalate (PET) blended yarns.  Continuous filaments yarns may include either or both mono-component or bicomponent filaments types.  Continuous filament yarns can be polyethylene terephthalate, polyolefin, and/or polyamide 6, polyamide 6,6, polylactic acid filaments.

11

**Ex. K-17**

099252.000006

[0042]   The textile material for cover 310 may also be a nonwoven fabric.  Suitable nonwoven fabrics, include melt-spun nonwovens, such as spunbond and meltblown materials.  A meltspun nonwoven can include a single spunbond layer, multiple spunbond layers, a single meltblown layer, multiple meltblown layers, or multiple layers of spunbond and meltblown materials.  Meltspun nonwovens can from with polyethylene terephthalate, polyolefin, and/or polyamide 6, polyamide 6,6, or polylactic acid polymers.  Alternatively, the nonwoven fabrics can be carded or airlaid materials that are bonded thermally, chemically, and/or mechanically, e.g. via needles or stitch bonding.  Suitable fibers are carded or airlaid materials include PET and viscose fibers, and the like.

[0043]   The textile materials forming the upper and lower layers 354 and 358 can be formed from one or more layers of textile materials that include a number of functional finishes, coatings, or other treatments that enhance functionality of the cover 310.  For instance, the upper layer can include anti-bacterial agents, coatings, flame retardant coatings, and the like.  Furthermore, the textile materials may include barriers, such as films or other materials that can help inhibit penetration of particles through the cover into to the mattress.

[0044]   The textile material forming the upper layer 354 can be formed from either one of a woven, knit, or nonwoven fabric.  Furthermore, one or more woven, knit, and nonwoven fabrics can define the upper layer.  For instance, the upper layer 354 can include multiple woven fabric layers configured as a laminate.  Alternatively the upper layer 354 can be a laminate of a woven and nonwoven fabric, a knit and nonwoven fabric, or even a woven and knit fabric.  Likewise, the textile material forming the lower layer 358 can be formed from either one of a woven, knit, or nonwoven fabric.  Furthermore, one or more woven, knit, and nonwoven fabrics can define the lower layer.  In one example, the lower layer can include multiple woven fabric layers configured as a laminate.  The lower layer could also be laminate of a woven and nonwoven fabric, a knit and nonwoven fabric, or even a woven and knit fabric.

[0045]   The cushioning member 356 is configured to add loft and cushion to the cover.  In one example, the cushioning member is a fibrous batting disposed between the upper and lower layers.  For instance, the cushioning member can be an assembly of cut fibers arranged to provide loft and compression resilience to the cover 310.  Any suitable fiber type can be used.  In

12

**Ex. K-18**

099252.000006

one example, polyester fibers are used as the fibrous batting.  The fibrous batting can be loosely arranged without any specific bonding structure securing the fibers together.  Alternatively, the fibrous batting can be air-laid nonwoven materials with either an adhesive or hot-melt bonding mechanisms used to provide structural integrity.  In an alternative embodiment, the cushioning member can be a closed cell or open cell foam, such as natural or synthetic latex, or other foam types.  In still other embodiments, the cushioning member can be down, such as a combination of down feather and other feathers.  The cover 310 is quilted so as to secure the upper layer 354 to the lower layer 358.

[0046]   Figure 6 depicts a block schematic diagram of a monitoring device 120 in accordance with aspects of the present disclosure.  In an embodiment, monitoring device 120 is suitable to implement the functionalities described above with respect to computing device 120 of Figure 1.  As depicted, monitoring device 120 includes uplink port 410, downlink port 420, transceiver 430, memory 440, and processor 450.  It should be appreciated by those skilled in the art that the functionality of monitoring device 120 implemented through processor executable instructions may readily be converted into a hardware implementation by well-known design rules in the electrical engineering and software engineering arts.  For example, the functionality of monitoring device 120 described herein can be converted into a hardware implementation using application-specific integrated circuits, microcontrollers, field programmable gate arrays, digital signal processors, and the like.  Those skilled in the art will likewise recognize that the functionality of monitoring device 120 may readily be implemented through a hybrid approach composed of combination of hardware and software techniques.

[0047]   In a networked environment, uplink port 410 is configured to serve as an endpoint for one or more communication paths in an uplink direction of a communication link (e.g. uplink direction 134 of Figure 1) from a bedding article to monitoring device 120.  In an embodiment, sensor data indicative of moisture is received by monitoring device 120 from the bedding article via uplink port 410.  In the networked environment, downlink port 420 is configured to serve as an endpoint for one or more communication paths in a downlink direction of the communication link (e.g. downlink direction 132 of Figure 1) from monitoring device 120 and the bedding article.  In an embodiment, messages sent by monitoring device 120 to the bedding article via downlink port 420.  Such messages, for example, may include instructions to

13

099252.000006

feed an excitation signal to one or more flexible sensors integrated in the bedding article.  As another example, the messages can include feedback indications responsive to received sensor data and communication protocol related messages, such as: connection requests/responses, acknowledgements, sequencing information, and the like.

[0048]    Coupled to uplink port 410 and downlink port 420 is transceiver 430, which is configured to enable communication between monitoring device 120 and the bedding article. Transceiver 430 may include, for example, a network interface controller, modem, various modulators/demodulators and encoders/decoders, wireless and wired interface cards, antenna, and the like.  In one respect, transceiver 430 is configured to enable communication by establishing a communication link (e.g. communication link 130 of Figure 1) between monitoring device 120 and the bedding article.  For example, transceiver 430 may send a connection request to an endpoint for the one or more communication paths associated with the bedding article via downlink port 410.  As another example, transceiver 430 may respond to a connection request received from the bedding article in the uplink direction via uplink port 420. Transceiver 430 is also configured to enable communication by decoding electrical signals according to a communication protocol associated with the communication link or encoding data from processor 450 according to the communication protocol.

[0049]    Memory 440 is coupled to and configured to provide nonvolatile and volatile storage for the various components of monitoring device 120 (e.g. processor 450 and transceiver 430).  For example, memory 440 may provide storage of processor executable instructions, data structures, program modules, sensor data, and other data for use by the various components of monitoring device 120.  In embodiments, memory 440 may be implemented with one or more of the following: random access memory (RAM); a storage device (e.g. electromechanical hard drive, solid state hard drive, etc.); firmware; removable storage devices (e.g. optical storage discs, flash memory, external storage devices, etc.); and the like.

[0050]    Coupled to transceiver 430 and memory 440 in monitoring device 120 is processor 450.  Processor 450 is generally configured to detect moisture in the bedding article based on sensor data indicative of moisture received by transceiver 430.  In an embodiment, processor 450 is configured to detect moisture in the bedding article by performing the method

14

099252.000006

described below with respect to Figure 5.  In an embodiment, processor 450 is configured to
detect moisture in the bedding article by executing a custom application stored in memory 440.

[0051]    Figure 7 is a flowchart illustrating an embodiment of a method 500 for detecting
moisture in a bedding article 110 (Figures 4A-4C) or bedding article 310 (Figure 5A and 5B).
Method 500 may be performed by a monitoring device, such as computing device 120, that is
communicatively coupled to the interface element 150 via a communication link 130.  Initially, a
liquid is released on the bedding article110.  Through capillary action the liquid travels to the
sensor 150 between legs or linear portions 146 and 148 of the sensor 150.  The liquid is
conductive, when the liquid contacts the opposed portion of the linear portion of conductive
element 144 of the sensor.  In the illustrated embodiment, method 500 may comprise a step 510.
At step 510, an excitation signal is fed to the one or more flexible sensors via an interface
element coupled to the bedding article.  The excitation signal is fed to the one or more flexible
sensors in response to an instruction communicated to the interface element from the monitoring
device in a downlink direction (e.g. downlink direction 132 of Figure 1).  Alternatively, the
excitation signal is fed to the one or more flexible sensors in response to an instruction issued by
the electronic component within the interface element.

[0052]    At step 520, the computing device 130 receives sensor data associated with one
or more flexible sensors that indicate the sensors are in contact with moisture.  In another
embodiment, the sensor data is indicative of moisture in the bedding article that is proximate to
the one or more sensors.  At step 530, the monitoring device determines that a moisture criterion
is met based on the sensor data.  In an embodiment, the moisture criterion may include any
aspect of the moisture criterion embodiments discussed above.  For example, a moisture criterion
may be based on an electrical property associated with the one or more flexible sensors.  As
another example, a moisture criterion may be based on a comparison between electrical
properties corresponding to two or more textile sensors integrated into the bedding article.  In
embodiments utilizing excitation signals, a moisture criterion may be based on properties of the
excitation signals.  For example, the moisture criterion may be based on a propagation time of an
excitation signal through one or more of the textile sensors.  As another example, the moisture
criterion may be based on a phase of an excitation signal after propagating through one or more
of the textile sensors.  In yet another example, the moisture criterion may be based on a power

15

099252.000006

level associated with an excitation signal after propagating through one or more of the textile sensors.

[0053]    At step 540, the monitoring device determines that the at least one textile layer in a location proximate the one or more sensors is in contact with moisture based on the determination from step 530 that the moisture criterion is met.  In an embodiment, method 500 may further comprise step 550.  At step 550, the monitoring device initiates an action in response to determining that the at least one textile layer in a location proximate the one or more sensors is in contact with moisture.  For example, the action may include the step of initiating an alert when the moisture criterion is met.  The method may also include the step storing in a computer memory occurrences that the moisture criterion is met.  Furthermore, the method may include the step of identifying a pattern among the occurrences that the moisture criterion is met.  The pattern can be a range of times that the one or more sensors is likely to be in contact with moisture.  The method can also include a step of determining the probability that the moisture criterion will be met within a range of times (e.g. the processor is configured to determine that the sensor will likely be in contact with moisture between 9:30 pm and 10:30 pm.).  Furthermore, the method can include a step of determining when over a range of times that the one or more sensors will likely be in contact with moisture.  In response, the method can include initiating an alert previous to one of the range of times that the one or more sensors will likely be in contact with moisture.

[0054]    The present disclosure describes particular embodiments and their detailed construction and operation. The embodiments described herein are set forth by way of illustration only and not limitation. Those skilled in the art will recognize, in light of the teachings herein, that there may be a range of equivalents to the exemplary embodiments described herein. Most notably, other embodiments are possible, variations can be made to the embodiments described herein, and there may be equivalents to the components, parts, or steps that make up the described embodiments.  For the sake of clarity and conciseness, certain aspects of components or steps of certain embodiments are presented without undue detail where such detail would be apparent to those skilled in the art in light of the teachings herein and/or where such detail would obfuscate an understanding of more pertinent aspects of the embodiments.

099252.000006

[0055]   The techniques described above may be embodied in, and fully or partially automated by, code modules executed by one or more computers or computer processors. The code modules may be stored on any type of non-transitory computer-readable medium or computer storage device, such as hard drives, solid state memory, optical disc, and/or the like. The processes and algorithms may be implemented partially or wholly in application-specific circuitry. The results of the disclosed processes and process steps may be stored, persistently or otherwise, in any type of non-transitory computer storage such as, e.g., volatile or non-volatile storage.

[0056]   As previously noted, the various features and processes described above may be used independently of one another, or may be combined in various ways. All possible combinations and sub- combinations are intended to fall within the scope of this disclosure. In addition, certain method or process blocks may be omitted in some implementations. The methods and processes described herein are also not limited to any particular sequence, and the blocks or states relating thereto can be performed in other sequences that are appropriate. For example, described blocks or states may be performed in an order other than that specifically disclosed, or multiple blocks or states may be combined in a single block or state. The example blocks or states may be performed in serial, in parallel, or in some other manner. Blocks or states may be added to or removed from the disclosed example embodiments. The example systems and components described herein may be configured differently than described. For example, elements may be added to, removed from, or rearranged compared to the disclosed example embodiments.

[0057]   Conditional language used herein, such as, among others, "can," "could," "might," "may," "e.g.," and the like, unless specifically stated otherwise, or otherwise understood within the context as used, is generally intended to convey that certain embodiments include, while other embodiments do not include, certain features, elements, and/or steps. Thus, such conditional language is not generally intended to imply that features, elements and/or steps are in any way required for one or more embodiments or that one or more embodiments necessarily include logic for deciding, with or without author input or prompting, whether these features, elements and/or steps are included or are to be performed in any particular embodiment. The terms "comprising," "including," "having," and the like are

17

**Ex. K-23**

099252.000006

synonymous and are used inclusively, in an open-ended fashion, and do not exclude additional elements, features, acts, operations, and so forth. Also, the term "or" is used in its inclusive sense (and not in its exclusive sense) so that when used, for example, to connect a list of elements, the term "or" means one, some, or all of the elements in the list.

[0058]   The present disclosure describes particular embodiments and their detailed construction and operation. The embodiments described herein are set forth by way of illustration only and not limitation. Those skilled in the art will recognize, in light of the teachings herein, that there may be a range of equivalents to the exemplary embodiments described herein. Most notably, other embodiments are possible, variations can be made to the embodiments described herein, and there may be equivalents to the components, parts, or steps that make up the described embodiments.  For the sake of clarity and conciseness, certain aspects of components or steps of certain embodiments are presented without undue detail where such detail would be apparent to those skilled in the art in light of the teachings herein and/or where such detail would obfuscate an understanding of more pertinent aspects of the embodiments.

18

099252.000006

What is claimed is:

1.       A system configured to detect moisture, the system comprising:

a bedding article including a textile material and one or more flexible sensors integrated into the textile material, the textile material including a face, a back opposed to a face, at least one woven layer that defines the face, and at least one barrier component disposed adjacent to the at least one woven layer, the at least one barrier component defining the back, each flexible sensor configured to provide sensor data, wherein the sensor data is indicative of moisture in the textile material that is in contact with a respective one of the one or more flexible sensors; and

an interface element disposed on the bedding article, the interface element electrically connected to the one or more flexible sensors, such that the interface element is configured to forward the sensor data provided by the one or more flexible sensors to a monitoring device.

2.       The system of claim 2, wherein each flexible sensor includes a conductive yarn that includes the at least one conductive fiber.

3.       The system of claim 2, wherein the at least one conductive fiber are stainless steel fibers.

4.       The system of claim 2, wherein the conductive yarn is a metallic yarn.

5.       The system of claim 2, wherein each flexible sensor is conductive yarn inlayed into the at least one textile layer.

6.       The system of claim 2, wherein each flexible sensor is embroidered into the textile material.

7.       The system of claim 2, wherein each flexible sensor is conductive ink deposited onto the textile material.

8.       The system of claim 1, wherein each flexible sensor has at least one first linear portion and at least one second linear portion that is spaced apart from the at least one first linear portion a distance, wherein the distance is between about 0.5 to about 5 cm.

9.       The system of claim 1, wherein the one or more sensors is a first textile sensor coupled to a second textile sensor, the first and second sensors are coupled to the interface element.

19

**Ex. K-25**

099252.000006

10.     The system of claim 1, wherein the bedding article defines a panel having a head end, a foot end spaced from the head along a longitudinal direction, a first side, and a second side spaced apart from the first side along a lateral direction that is perpendicular to the longitudinal direction, wherein interface element is disposed along one of first and a second sides.

11.     The system of claim 1, wherein the bedding article is a sheet for a mattress.

12.     The system of claim 1, wherein the bedding article is a mattress cover.

13.     The system of claim 1, wherein the bedding article includes a head end, a foot end spaced from the head along a longitudinal direction, and opposed side ends spaced apart with respect each other along a lateral direction that is perpendicular to the longitudinal direction, wherein the one or more flexible sensors are disposed at spaced apart locations along at least one of the longitudinal direction and the lateral direction.

14.     The system of claim 1, further comprising a monitoring device communicatively coupled to the interface element, the monitoring device configured to, in response to receiving sensor data from the interface element, a) determine if the sensor data indicates that a moisture criterion is met, and b) determine if a respective one of the one or more flexible sensors is in contact with moisture upon based on the determination that the moisture criterion is met.

15.     The system of claim 1, wherein the moisture criterion is based on an electrical property associated with the one or more flexible sensors.

16.     A computer-implemented method for detecting moisture in a bedding article, the method comprising:

        receiving, via a wireless communication link, sensor data associated with one or more flexible sensors integrated into at least one textile layer of the bedding article, wherein the sensor data is indicative of moisture in the bedding article proximate the one or more sensors;

        determining that a moisture criterion is met based on the sensor data; and

        determining that the at least one textile layer in a location proximate the one or more sensors is in contact with moisture based on the determination that the moisture criterion is met.

099252.000006

17.    The method of claim 16, wherein the moisture criterion is based on an electrical property associated with the one or more flexible sensors.

18.    The method of claim17, wherein the electrical property is a resistance.

19.    The method of claim 17, wherein the electrical property is a voltage.

20.    The method of claim 17, wherein the electrical property is a resonant frequency.

21.    The method of claim 17, wherein the electrical property is a reactance.

22.    The method of claim 16, further comprising the step of feeding an excitation signal the one or more flexible sensors via an interface element.

23.    The method of claim 22, wherein the moisture criterion is based on a propagation time of the excitation signal through the one or more flexible sensors.

24.    The method of claim 22, wherein the moisture criterion is based on a phase of the excitation signal after propagating through the one or more flexible sensors.

25.    The method of claim 16, further comprising the step of initiating an alert when the moisture criterion is met.

26.    The method of claim 16, further comprising the step storing in a computer memory occurrences that the moisture criterion is met.

27.    The method of claim 16, further comprising the step of identifying a pattern among the occurrences that the moisture criterion is met.

28.    The method of claim 16, wherein the pattern is a range of times that the one or more sensors is likely to be in contact with moisture.

29.    The method of claim 16, further comprising the steps of:
       determining the probability that the moisture criterion will be met within a range of times.

30.    The method of claim 16, further comprising the steps of:

Ex. K-27

099252.000006

    determining when over a range of times that the one or more sensors will likely be in contact with moisture; and

    initiating an alert previous to one of the range of times that the one or more sensors will likely be in contact with moisture.

**Ex. K-28**

099252.000006

## ABSTRACT

Techniques and systems are provided for detecting moisture in a bedding article using sensor data indicative of moisture provided by one or more flexible sensors integrated in the bedding article.  The sensor data is forwarded to a monitoring device via a communication link by an interface element associated with the bedding article.  The monitoring device detects a location of the bedding article proximate to the one or more flexible sensors based on a determination that a moisture criterion is met.  The monitoring device determines the moisture criterion is met based on the sensor data.

**Ex. K-29**



Figure 1

Ex. K-30

099252.000006
2/7



Figure 2



Figure 3



Figure 4A

Ex. K-32



Figure 4B



Figure 4C

Ex. K-33

099252.000006
5/7



Figure 5A



Figure 5B

Ex. K-34

120



Figure 6

099252.000006
7/7



500

510
EXCITATION SIGNAL FED
TO SENSORS

520
RECEIVE SENSOR DATA

530
DETERMINE IF MOISTURE
CRITERION IS MET

540
DETERMINE THE
MOISTURE IS PRESENT
IN  TEXTILE MATERIAL

550
INITIATE ACTION IN
RESPONSE TO PRESENCE
OF MOISTURE

Figure 7

Ex. K-36

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | BEDDING ARTICLES INCLUDING MOISTURE SENSORS |
| **First Named Inventor/Applicant Name:** | Dipali Goenka |
| **Filer:** | Gregory Aaron Grissett/Charlotte Piliero-Morris |
| **Attorney Docket Number:** | 099252.000006 |

Filed as Large Entity

**Filing Fees for   Provisional**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Provisional Application Filing | 1005 | 1 | 260 | 260 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **260** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 23599843 |
| **Application Number:** | 62232443 |
| **International Application Number:** | |
| **Confirmation Number:** | 8471 |
| **Title of Invention:** | BEDDING ARTICLES INCLUDING MOISTURE SENSORS |
| **First Named Inventor/Applicant Name:** | Dipali  Goenka |
| **Customer Number:** | 23377 |
| **Filer:** | Gregory Aaron Grissett/Charlotte Piliero-Morris |
| **Filer Authorized By:** | Gregory Aaron Grissett |
| **Attorney Docket Number:** | 099252.000006 |
| **Receipt Date:** | 25-SEP-2015 |
| **Filing Date:** | |
| **Time Stamp:** | 00:47:37 |
| **Application Type:** | Provisional |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $ 260 |
| RAM confirmation Number | 11035 |
| Deposit Account | 233050 |
| Authorized User | BAKER HOSTETLER LLP |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

**Ex. K-39**

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Provisional Cover Sheet (SB16) | ProvisionalCoverSheet_BH099252000006.PDF | 1477279 | no | 3 |
|  |  |  | dce9a188bc68ff8083fc1b67c3bec2b65f329b6d |  |  |

**Warnings:**

**Information:**

| 2 |  | ProvisionalPatentApplication_BH099252000006.PDF | 147531 | yes | 23 |
|---|---|---|---|---|---|
|  |  |  | b60a48627c17d39f4824733328c705a19247f4dc |  |  |

| Multipart Description/PDF files in .zip description | | | |
|---|---|---|---|
| **Document Description** | | **Start** | **End** |
| Specification | | 1 | 18 |
| Claims | | 19 | 22 |
| Abstract | | 23 | 23 |

**Warnings:**

**Information:**

| 3 | Drawings-only black and white line drawings | Drawings_BH099252000006.PDF | 1561951 | no | 7 |
|---|---|---|---|---|---|
|  |  |  | 3d88a0898c686e6d69e44c02b90f47e95685fb370 |  |  |

**Warnings:**

**Information:**

| 4 | Fee Worksheet (SB06) | fee-info.pdf | 29734 | no | 2 |
|---|---|---|---|---|---|
|  |  |  | 3fdf20afb77dd12542f1d4efa2a24a838192bXeb |  |  |

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | 3216495 |
|---|---|---|

**Ex. K-40**

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

**Ex. K-41**