# Exhibit M

9/21/21, 2:13 PM                                        Gmail - Update on App and Patent Strategy

  Brittany Beckham <brittfletch@gmail.com>

## Update on App and Patent Strategy
13 messages

**Grissett, Gregory** <GGrissett@bakerlaw.com>                                Wed, Feb 3, 2016 at 6:06 PM
To: Brittany Beckham <brittfletch@gmail.com>
Cc: "Lebowitz, Todd" <TLebowitz@bakerlaw.com>

   Hi Brittany,

   I hope 2016 is treating you well.  It is about time that we discuss the status of your app and if we need to update your patent application to capture any new concepts you have invented in the last 6 months.

   Do you you have time early next week?  Next Thursday and Wednesday am will not work.  Otherwise, I am wide open.  We should probably include Eric on the call as well.

   We have until July 7, 2016 to update the patent application and/or take steps to secure foreign patent rights.  That leaves us a some time but it will go fast.  Let me know what works for you.

   Regards,
   Greg Grissett
   M - 919.608.0097
   O - 215.564.3013

   

   This email is intended only for the use of the party to which it is
   addressed and may contain information that is privileged,
   confidential, or protected by law. If you are not the intended
   recipient you are hereby notified that any dissemination, copying
   or distribution of this email or its contents is strictly prohibited.
   If you have received this message in error, please notify us immediately
   by replying to the message and deleting it from your computer.

   Any tax advice in this email is for information purposes only. The content
   of this email is limited to the matters specifically addressed herein
   and may not contain a full description of all relevant facts or a
   complete analysis of all relevant issues or authorities.

   Internet communications are not assured to be secure or clear of
   inaccuracies as information could be intercepted, corrupted, lost,
   destroyed, arrive late or incomplete, or contain viruses. Therefore,
   we do not accept responsibility for any errors or omissions that are
   present in this email, or any attachment, that have arisen as a result
   of e-mail transmission.

**Brittany Fletcher** <brittfletch@gmail.com>                                Wed, Feb 3, 2016 at 6:12 PM
To: Eric Eckstein <eric@yourappscompany.com>

   Hey Eric!! Hope you had a wonderful day. Just received this and wanted to pass it along and get your thoughts :))

   Hope you have a blessed evening.

Ex. M-1

Britt

Brittany Beckham

Begin forwarded message:

[Quoted text hidden]

---

**Brittany Fletcher** <brittfletch@gmail.com>  Thu, Feb 4, 2016 at 10:09 AM
To: "Grissett, Gregory" <GGrissett@bakerlaw.com>
Cc: "Lebowitz, Todd" <TLebowitz@bakerlaw.com>

Hey Greg,

Great to hear from you. I hope 2016 is treating you and your family as well too. We signed with Atlanta this year 🏠 so finally in one place for a year :)
Yes I was just actually mentioning that to Eric last week. I asked him when it would be a good time next week and he said Tuesday and Thursday AM...so would next Tuesday AM work for you? Let me know whenever you have time. Looking forward to updating you on everything, and catching up.

Hope you have a blessed day.

Brittany Beckham

[Quoted text hidden]

---

**Grissett, Gregory** <GGrissett@bakerlaw.com>  Thu, Feb 4, 2016 at 10:16 AM
To: Brittany Fletcher <brittfletch@gmail.com>

Let's do Tuesday.  I'll send an invite and call in number for you and Eric.

Regards,
Greg Grissett
M - 919.608.0097
O - 215.564.3013
[Quoted text hidden]

---

**Brittany Fletcher** <brittfletch@gmail.com>  Thu, Feb 4, 2016 at 10:21 AM
To: "Grissett, Gregory" <GGrissett@bakerlaw.com>

Perfect sounds awesome!! We're all on eastern time too :)

Brittany Beckham

[Quoted text hidden]

---

**Grissett, Gregory** <GGrissett@bakerlaw.com>  Thu, Feb 4, 2016 at 10:25 AM
To: Brittany Fletcher <brittfletch@gmail.com>

It highly I had Eric's email handy.  Can you send it to me?

Regards,
Greg Grissett
M - 919.608.0097
O - 215.564.3013
[Quoted text hidden]

9/21/21, 2:13 PM                                                Gmail - Update on App and Patent Strategy

**Grissett, Gregory** <GGrissett@bakerlaw.com>                                    Thu, Feb 4, 2016 at 10:27 AM
To: Brittany Fletcher <brittfletch@gmail.com>

    I meant to say I thought I had Eric's email.  Can you send it?

    **Regards,**
    Greg Grissett
    M - 919.608.0097
    O - 215.564.3013

    [Quoted text hidden]

---

**Brittany Fletcher** <brittfletch@gmail.com>                                     Thu, Feb 4, 2016 at 10:29 AM
To: "Grissett, Gregory" <GGrissett@bakerlaw.com>

    Haha no worries at all. I knew what you meant.

    Yes it's:

    eric@yourappscompany.com

    Brittany Beckham

    [Quoted text hidden]

---

**Lebowitz, Todd** <TLebowitz@bakerlaw.com>                                       Thu, Feb 4, 2016 at 11:38 AM
To: Brittany Fletcher <brittfletch@gmail.com>

    Britt -- I should have said something earlier, but I am so glad that Gordon signed with the Braves this year.  That's really terrific for the two of you.  Stability is so important and being home (real home!!) for 81 games should make this season a special one. Enjoy it!

    If there is anything you need from me in terms of helping to facilitate the discussions, please let me know.  Substantively, this is not my area, so I am inclined to stay out of the way, but my #1 concern is to make sure you and your business are taken care of in every way, so please let me know what I can do and I will be as involved or uninvolved as will serve you and your business the best.  So long as everything is going smoothly with Greg/Eric, probably the best option is just to cc me on emails so I have a general sense of where things are, but I defer to your judgment on how I can be most helpful.

    Sent from my iPad

    On Feb 4, 2016, at 10:11 AM, Brittany Fletcher <brittfletch@gmail.com> wrote:

    [Quoted text hidden]

---

**Brittany Beckham** <brittfletch@gmail.com>                                      Thu, Feb 4, 2016 at 5:32 PM
To: "Lebowitz, Todd" <TLebowitz@bakerlaw.com>
Bcc: apparelwardrobe@gmail.com

    Todd-

    Thanks so much for taking the time to send such a thoughtful email. Truly means a lot. Yes we are beyond excited, and blessed to be able to stay in Atlanta for an entire year. :) Also, to finally have a year to get situated; I don't think it's all the way sunk in yet. ha!

    Thanks so much for all of your help and for all you do. I truly appreciate you filling me in on each step along this process, and for being so on top of everything. It truly makes my life so much easier, and I definitely feel more at peace.

    Yes, I am in agreeance with you that I am in great hands with Greg and Eric. If I definitely have any questions I will be sure to reach out to you. I will cc you on all the emails to keep you informed along the way.

    Y'all are the best, and I'm so grateful for everything you guys do for me. Hope you've had a blessed day. Talk soon Todd.

Britt

Brittany Beckham

[Quoted text hidden]

---

**Brittany Fletcher** <brittfletch@gmail.com>  Mon, Feb 8, 2016 at 9:42 AM
To: "Grissett, Gregory" <GGrissett@bakerlaw.com>

Hey Greg,
Hope you had a wonderful weekend. Just wanted to follow up with you about the call tomorrow. Talk with you soon.

Britt

Brittany Beckham

[Quoted text hidden]

---

**Grissett, Gregory** <GGrissett@bakerlaw.com>  Mon, Feb 8, 2016 at 9:43 AM
To: Brittany Fletcher <brittfletch@gmail.com>

Yes.  Thanks for the follow up. I have been out sick as a dog!  I'll send the invite now.


Regards,

**Gregory A. Grissett** | **BakerHostetler**

2929 Arch Street | Cira Centre, 12th Floor | Philadelphia, PA 19104-2891

T 215.564.3013 | F 215.568.3439 | M 919.608.0097

ggrissett@bakerlaw.com


[Quoted text hidden]

---

**Brittany Fletcher** <brittfletch@gmail.com>  Mon, Feb 8, 2016 at 10:43 AM
To: "Grissett, Gregory" <GGrissett@bakerlaw.com>

Bless your heart. No worries at all Greg. Totally understand.
Being sick is the worst. Take your time and feel better.
Okay u sure tomorrow is okay?
[Quoted text hidden]