# Exhibit N

# Paul Piland

| | |
|---|---|
| **From:** | Brittany Beckham <brittfletch@gmail.com> |
| **Sent:** | Wednesday, January 12, 2022 3:47 PM |
| **To:** | Randy Edwards; jburt@insightplc.com; Paul Piland |
| **Subject:** | Fwd: Strategy for Updating the Patent Application (094710.000003) |
| **Attachments:** | New Concepts for Lutzy Project 020816-1.xlsx |

Brittany Beckham

---------- Forwarded message ---------
From: **Grissett, Gregory** <GGrissett@bakerlaw.com>
Date: Wed, May 18, 2016 at 6:05 PM
Subject: Strategy for Updating the Patent Application (094710.000003)
To: Brittany Beckham <brittfletch@gmail.com>
Cc: Lebowitz, Todd <TLebowitz@bakerlaw.com>

Hi Brittany,

I am look forward to catching up with you this week.  Below is a proposal for moving forward with patent protection for your app taking into account the new concepts you have been working on (see enclosed excel sheet). We can discuss this in more detail during your visit to Philly this week.  I will email you separately about Thursday with Eric and/or a game.

**Overview**

Two components to your patent strategy must be completed by July 7, 2016:

    1.  Update and convert your U.S. provisional application into one (or more) U.S. *utility* patent applications; and

    2.  Preserve international patent rights with one (or more) international patent applications (also called a "PCT application"), if warranted.

Updating the U.S. provisional will involve adding a description, drawings, and patent claims covering the new developments to the U.S. provisional application.  This drafting work can be used for the U.S. utility application and/or the international patent application.  In short, once we have finished drafting a patent application

1

Ex. N-1

document (or several), we can decide on the filing strategy (how and where that patent application will be filed) that is best suited to address items 1 and 2 above in view of your commercial plans.

Thus, there are two parts to our estimates below: A) Patent Drafting Fees, and B) Official Patent Office Fees.

### A. Patent Drafting Fees

Our objective is to a) protect the new developments in your app that we discussed back in February (as in summarized in attached excel sheet), and b) preserve your patent rights in view of the July 7 deadline. To do this, we will need to update the existing U.S. provisional application to include concepts that are not already "covered" in the U.S. provisional application.

The last time we discussed the app, there were three developments that you and Eric thought were unique and important:

A. Image/Visual Centric User Interface;

B. Actual Product Imagery Fitting Over Silhouettes; and

C. Categorization of Clothing Items Independent of Source Providers.

The three concepts above are "supported" by your U.S. provisional application at a high level. The patent application(s) that we file in July will need to include a detailed description, patent claims, and drawings for each concept, which will be based on the material from the U.S. provisional application. Based on my review, each concept, and certainly concepts B and C, could be standalone patent applications by themselves. We have the option to prepare and file each concept in a single, comprehensive application, or as three separate patent applications. More on this option is discussed below.

Table 1 is our estimate of fees for drafting a patent description and patent claims for each of the three concepts based on the U.S. provisional application.

**Table 1**

| Concept | Estimate of Drafting Fees |
|---|---|

| | |
|---|---|
| A. Image/Visual Centric User Interface | $6K-$9K |
| B. Actual Product Imagery Fitting Over Silhouettes | $9K-$12K |
| C. Categorization of Clothing Items Independent of Source Providers | $9K-$12K |

If, after digging into concepts in more detail, I believe we need more time than the estimates above allow, Todd and I will let you know ahead of time so there are no surprises.

**A.     Official Patent Office Fees**

As mentioned above, you have developed at least three separate inventions. We can file them in one, comprehensive patent application or as three separate patent applications. If we file a single, comprehensive application, the U.S. patent office will eventually (about 18-24 months) require a "division" of the different inventions into separate patent applications. The benefit of a single application is to save some initial costs up front on filing fees. This also gives you time to decide which invention you want obtain patent protection for first as you evaluate the market response to the app.

Table 2 below includes estimates of official patent office fees for *each* U.S. utility and/or international application that we may file.

| <u>Filing Type</u> | <u>Official Fee Estimate</u> | <u>Comments</u> |
|---|---|---|
| 1. Each U.S. Utility Patent Application | $ 2000 | - Preserves U.S. patent rights<br>- Quicker way to obtain U.S. patent rights<br>- Does not preserve international patent rights |
| 2. Each International Patent Application | $ 6000 | - Preserves international and U.S. patent rights<br>- Delays decision to file applications in U.S. and specific countries for 18 months |

As you can see, if we file one U.S. utility application, the official fees will be $2000 vs. $6000 if we file three U.S. utility applications. The same is true for the international application. The important thing to note here is that in order to preserve international patent rights, we must file an international patent application by July 7.

3

**Ex. N-3**

I will be ready to go over this with you in more detail during your visit this week.

Regard,

Greg Grissett

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

| Concept | Purpose | Current Methods Implemented | Detail |
|---|---|---|---|
| Image/Visual Centric User Interface | System used easily identifiable images to the user to gather contextual information about the users's persona, activitites, preferences, mood, style, sizes, fit, etc.. | Currently applications utilize multiple drop down lists to garner information from/about users.  This method is slow/awkward (especially with long lists on small screens like mobile devices) and more importantly is inaccurate as to aestetic  terminology & intent which encompasses the majority of knowledge in the Fashion industry where a standard lexicon has not (and likely never will be) defined. | Examples for this  include:  PERSONA: Determining users persona via self identification with life style images (high school, working professional, mid career, working mom, etc…); STYLE: preferences as to style choices with identifying imgages of clothing as opposed to words describing that clothing;  EVENTS:  Selection of type of event in a refined manner  such as a fancy dinner date (picture of a couple dressed in black tie at a candle lit dinner table) versus a casual dinner date (couple dressed in nice, but not fancy clothes at a more moderate restaurant), versus a friendly date (couple going to the movies dressed in nice, but very casual clothes). |
| Actual Product Imagery Fitting over Silhouettes | Provide a visually accurate and aestetically pleasing means for users to visualize actual clothing imposed over the graphical Silhouette image as places on a graphical human model (Manekin) | Fashion applications (and web sites) show clothing as stand alone images or taken in predefined, and fixed, outfits with models (usually idealized).   This is difficult to relate to for many users. | The system utilized the Silhouette concept of a human created graphical monochromatic Silhouette Image which is imposed on the correct location/layer of the Manekin allowing the user to determin the Style of the clothint item as a whole when related to other items presented as an Outfit to the user.  The system then representes a Product Image which is predetermined ands preset to fit the the proper Location/Layer of the Silhouette Image thereby giving the user an accurate and real-world visual concept of actual products as the relate in the Outfit.  Several means are available to properly programatically describe within the data structutre these Product Images including graphical pinning/trimming of the images to a predefined Manakin, automatically determining vie image/pattern recognition the bounds of an acceptable image gather from online, scanned, or provided imagery. |
| Categorization of clothing items independent of source providers | Provide a means of sorting "real" clothing items (Products) and their acquisition methods (Sources) in to ajoin the preferred Silhoette Catogorization system such that new clothing items are efficiently and properly applied to Outfits for users without user intervention. | Fashion applications, web sites, etc. providers all have their own unique, and often contridictory, methods of categorization of clothing items.   This makes it difficult for users to find and choose items that meet their outfit preferences. | By utilizing the Silhoueete Item Categorization, which associates Contexts and Tags and not sources and products, the system can automatically cross correlate a maximum likelihood value of a "real" Product to a System's Silhouette Item and then associate it and the correleated Context/Tags such that the new Product can be provided as a real "Product" to user Outfit that utilizes that Silhouette Item. |