# Exhibit O

**Paul Piland**

| | |
|---|---|
| **From:** | Brittany Beckham <brittfletch@gmail.com> |
| **Sent:** | Wednesday, January 12, 2022 3:46 PM |
| **To:** | Randy Edwards; jburt@insightplc.com; Paul Piland |
| **Subject:** | Fwd: Draft Description and Claims (BH Ref. 094710.000007) - Product Images over Silhouettes |
| **Attachments:** | Claims for Product Images over Silhouettes.DOC |

Brittany Beckham

---------- Forwarded message ---------
From: **Grissett, Gregory** <GGrissett@bakerlaw.com>
Date: Wed, Jun 22, 2016 at 12:40 AM
Subject: Draft Description and Claims (BH Ref. 094710.000007) - Product Images over Silhouettes
To: Brittany Beckham <brittfletch@gmail.com>, 'eric@YourAppsCompany.com' (eric@YourAppsCompany.com) <eric@yourappscompany.com>
Cc: Grissett, Gregory <GGrissett@bakerlaw.com>

Brittany and Eric,

Below is a high-level description for the "Product Images over Wireframe/Silhouettes" inventive concept. You will see several questions throughout the description below. The attached word document includes a patent claims for this invention for your consideration. Please review and let's discuss. I am open Thursday any time after 11:30 am or anytime Friday.

## Brief Description of Inventive Concept

The focus of this description and claims are the "mechanics" of applying a fashion item (image or a representation of the fashion item) to a "human form model." If I understand this correctly, you want the system to apply a product image of a fashion item to a "human form model" so that the fashion item is in the right location on the human form, has the right fit, and at the correct layer (base, cover, etc.). Does the system manipulate actual product images, as appears to be case in the current version of Lutzy? Or, is the end goal the ability to recreate a fashion item on the human model form virtually, based on the data you have for particular fashion item?

In general, based on various user inputs (e.g. selection of certain images associated with persona, event, etc.) the system compiles a virtual outfit onto a human form model.

Figure A below is an example of the human form model without the fashion items applied to it. The human form model is defined in part by various point pairs that are associated with different body

parts/locations on the human form. These point pairs have a defined relationship that is common to all body types.



Figure A

The system applies a grid to the human form model. The grid is similar to the grid shown in the figure B below. The grid includes lines and intersections points. There are different line types, shown in different colors, that are related to different zone or part of the human body. The grid lines/intersection points are associated with the various points pairs in the human model form shown in Figure A above. Is this correct? What is the relationship between the grid and the point pairs in Figure A above? Also is the grid associated with human form or the fashion item?

2



**Figure B**

When a particular fashion item is "selected" by the system for an outfit, data/tags related to that fashion item are used to configure the fashion item onto the human form model. The grid is used for this purpose. For instance, the system will associate particular fashion item with a particular set of lines and intersection points in the above grid. This association is also related to the point pairs on the human form, which helps scale the fashion item for fit, style, etc. For example, a tight fitting tank-top would be associated with the lines and points that are closet fitting to the "cover layer" of the human form, the appropriate neckline, and the appropriate sleeve length line. The system can reconfigure/create a representation of the associated fashion item onto the lines/intersection points on the grid based on the data/tags associated with fashion item and the particular point pairs on the human form model. The result is something along the lines shown in figure C below, which illustrates a top on the "cover" layer. Is this correct?   The user will only see a human form and the red tank top. The back end, however, should look like the picture below. Correct?



**Figure C**

The system can overly an "outer" fashion item over the "cover" layer clothing item. In figure D below, the system has configured a jacket to fit over the human form model and over the red tank top. The layering data is based on the location/layer data associated with the fashion item.



**Figure D**

For shoes, the system selects a shoe based on user inputs as noted above. The system configures/creates a representation of the shoe based on the tags/data associated with the particular shoe type selected by the system. A shoe associated with the grid is shown below in Figure E. Within the grid are defined relationships among various aspects of a shoe, represented by the green, yellow, red, and orange lines. What do the green, yellow, red, and orange lines represent? How do they relate to the blue grid? The blue grid has 9 "cells" is that important? Why?



**Figure E**

Regards,

**Gregory A. Grissett**
Associate

**BakerHostetler**

Cira Centre
2929 Arch Street | 12th Floor
Philadelphia, PA 19104-2891
T 215.564.3013
M 919.608.0097

ggrissett@bakerlaw.com
bakerlaw.com

 



---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

**Ex. O-7**

**Draft Claims for Product Images over Wireframe/Silhouettes**
**BH 094710.000007**

1. A system for managing fashion item information for a plurality of users associated with a respective plurality of user computing devices over a computer network, the system comprising:

    at least one server computing device including a computer memory and a computer processor;

    a human form model that is indicative of a human form and that is stored in the computer memory, the human form model including a plurality of spatial zones each of which correspond to a part of the human form;

    a plurality of electronic fashion item models stored in the computer memory, each electronic fashion item model being indicative of a fashion item that is worn on the human form, each electronic fashion item including a fashion item type that is associated with one or more of the spatial zones of the human form model; and

    an application hosted by the at least one server computing device and that is accessible via a computer network by the plurality of user computing devices, the application configured to, when executed by a computer processor, compile a virtual outfit onto the human form model, the virtual outfit including one or more of the plurality of electronic fashion item models overlaid on the human form model,

    wherein each electronic fashion item model in the virtual outfit overlies the one or more spatial zones of the human form model indicated by the fashion item type.

2. The system of claim 1, wherein each electronic fashion item model includes a layer indication that associates the electronic fashion item with a predetermined layer relative to the human form model.

3. The system of claim 2, wherein each electronic fashion item model in the virtual outfit is a fashion item image that is overlaid onto the spatial zone of the human form model indicated by the fashion item type, and that is layered relative to the human form model based on the layer indication.

4. The system of claim 2, wherein virtual outfit overlies the one or more spatial zones of the human form model at the predetermined layer relative to the human form.

5. The system of claim 2, wherein the layer is one of an underwear layer, a cover layer, an outer layer, and an outer cover layer.

**Ex. O-8**

**[[Claims 6 and 7 are how I understand the silhouettes/wireframes are used to compile the virtual outfit.]]**

6.      The system of claim 7, wherein each spatial zone of the human form includes a first plurality of pairs of points and a first spatial arrangement defined by the first plurality of pairs of points.

7.      The system of claim 8, further comprising a grid that is associated with the human form model, wherein the grid includes a plurality of grid zones, and each grid zone is associated with a different spatial zone of the human form model, wherein the application applies the one or more electronic fashion item models of the virtual outfit to the grid based on the fashion item type and the first spatial arrangement.

**[[Claims 8-10 is an alternative method for associating the product image/fashion item with the silhouette based on a spatial arrangement of different point pairs.]]**

8.      The system of claim 1, wherein each electronic fashion item model includes a fashion item wireframe that corresponds to the fashion item type.

9.      The system of claim 8, wherein each one of the spatial zones of the human form includes a first plurality of pairs of points and a first spatial arrangement of the first plurality of pairs of points.

10.     The system of claim 9, wherein the fashion item wireframe is includes a second plurality of pairs of points and a second spatial arrangement of the second plurality of pairs of points, wherein the second spatial relationship is associated with the fashion item type.

11.     The system of claim 9, wherein the application is configured to adjust the second spatial arrangement to correspond to the first spatial arrangement based on the fashion item type, such that electronic fashion item model located on the spatial zone of the human form model indicated by the fashion item type.

**[[I will add more claims to further define specific fashion items and specific virtual outfits.]]]]**