# Exhibit V

**Messages with Greg Patent Attorney (+19196080097)**

Received on Jan 2, 2018 7:04:43 PM



Hi Britt,

I have (and am) traveling.  I plan to finish reviewing those patents for you this week.  What I do know is that all the patents you sent over were filed after you filed yours.  This means that none of those patents are prior art to your patent.  I will still review how similar they are to yours.

Importantly, we still need to decide (by tomorrow) if you want foreign patents off your first patent application.    For this, I would focus on major markets, maybe Canada and Europe.   But note this can get expensive and for software it may not be worth it at all.

If you have time tomorrow morning, we can discuss it further.

Greg

Sent on Jan 2, 2018 9:11:14 PM

Hey Greg,
No need to look into those patents. I've done my research, the other patents are pretty much what I've disclosed to you guys. After reading over my patent, it doesn't seem like I will be able to defend my patent with the claims that were put into mine. If there's something I'm missing, please let me know.

As far as international patents, there doesn't seem to be enough evidence to defend why I should move forward with this decision. I just feel I haven't been advised on why my patent would benefit in relation to other patents currently in other countries.

Unfortunately I feel there's just been a lot of things that haven't been discussed on how this will benefit Lutzy's IP. With very little guidance on everything, I just don't see the value with moving forward internationally when I'm not even sure my patent is defensible here in the U.S.



Received on Jan 3, 2018 5:09:11 AM



Ok.  Understood.

Received on Jan 3, 2018 5:11:14 AM

I believe there are patentable features in your patent application.  I would not give up on that yet.  Navigating issues like how to get patent claims is what the bilk of my practice is and I have not seen anything yet that makes me say we need to stop and cut our losses.

Sent on Jan 3, 2018 6:48:13 AM

Greg here's the bottom line. I have not been given specific reasoning as to why my "inventions/claims" are worth pursuing internationally. What are my claims that stand a chance and why? I need more definite answers other than "I believe you have patentable features. Don't give up on that yet."

Well what are those features Greg and why should I not give up on those yet? What is the reasoning?
No clear-cut statements have been communicated to me that resemble anything close to these examples:
"Britt bc of claims x, y, & z... and the inventive steps and/or novelty that were resubmitted back to the patent office with additional drawings gives me confidence that you still have a chance."

"Britt, claims X-Z support your unique invention, X, and why internationally you need to file. The drawings that I resubmitted back to the patent office displayed the inventive steps and the novelty necessary to support invention X, and this gives me confidence."

Im wanting specifics as to what makes my patent defensible and why international patents are worth pursuing.



Received on Jan 3, 2018 6:59:41 AM

I was referring to the us above.

I don't think international patents are worth pursuing, but it's because your technology is likely most relevant in the United States, where your biggest market is.  You would only need patents in foreign countries in the event you want to sue a company in those foreign countries.

Britt,  I can do the analysis you note above but I need you to authorize time to complete that analysis.  I billed half an hour on an update and you did not want to pay the bill.

This will take more time than that. I would need to review all the prior art again and can give some areas to focus on.



**Messages with Greg Patent Attorney (+19196080097)**

Sent on Jan 3, 2018 7:57:22 AM

it's not about the money. I just want to feel protected. I still don't understand what I truly have that brings value to my IP.

I don't know what the chances of the specific claims 30-31,89-90, and I think 88 that have enough defendable evidence to support them or what inventive technologies of mine are even protected. That's what I don't feel I have clarity on. And when I feel I've invested what I have, I should have an idea. That's where I get frustrated with the money. It's not me not wanting to pay.

Understand additional patents can be filed from the priority date within this patent but I'm uncertain with what these inventions even are. And now after filing the PCT I'm now told it's not really important unless suing. So think that's where all the frustration lies and the unclear steps on what to do moving forward. 

Sent on Jan 3, 2018 8:52:35 AM

And Greg is there a specific reason we didn't file a non publication request if international patents weren't going to be necessary moving forward if my market was, as you stated, "most relevant in the US"? 

Sent on Jan 3, 2018 8:54:35 AM

is it bc of the provisional patent? 

Sent on Jan 3, 2018 8:58:52 AM




Sent on Jan 3, 2018 8:58:52 AM

why wasn't this done Greg? 

Received on Jan 3, 2018 9:34:58 AM

 At the time, international rights were not off the table. And we needed to persevere patent rights while keeping our priority date to the provisional.

You could not have filed a pct if you did not want to publish. The non publication request is fine for pending apps, but all patents publish once they issue and mature into a patent.

Received on Jan 3, 2018 9:37:31 AM

 International rights are good if you want to sue or if want to license. But they are very expensive. This is more of a balance between costs and rights obtained. Given what we know now about your business, foreign patents are not critical to your business. At the time of filing the pct, I don't think we knew that. We do know that Us patent rights are important.

Sent on Jan 3, 2018 9:40:29 AM

this wasn't even brought to my attention though, why?

When filing my provisional patent I could have filed a non publication request as well. Which would have protected my inventions and not disclosed them to the public. My business was/and still is a pending app and the number 1 goal from the beginning was to protect my company's IP. 

Received on Jan 3, 2018 9:41:32 AM

Because you were interested in foreign patents at the time.

**Messages with Greg Patent Attorney (+19196080097)**

Sent on Jan 3, 2018 10:25:06 AM

Greg none of this was explained and the non-publication request was never brought to my attention . The inventive information that I disclosed to you and the firm were well known from our first meeting back in Jan 2015 to when the patent was filed. A non-publication request could have been made. There were no other specifications  that would have altered the decision whether or not to file International Patents up to now. Protecting my inventions and my business's IP, have always been the main priority since day one. 

Sent on Jan 3, 2018 7:00:06 PM

Greg. Are any of my inventions that are within my patent (including the 3 unique ones that were in the excel document I sent back in 2016)  able to be filed as independent patents off of my priority date I currently have without relating to a "wardrobe management system" ?

Or does each invention have to be relatable and connected to clothing items or to a management wardrobe system? 

Received on Jan 4, 2018 6:41:01 AM

 You can file patents on anything described, illustrated,or claimed in your patent application.  You want protection for invention that are not limited to clothing or wardrobe management?

Sent on Jan 4, 2018 10:13:45 AM

Yeah the unique inventions that contain the overall technology and are not just with clothing items. 

Sent on Jan 4, 2018 10:14:53 AM

And if I wanted to file internationally on some of those specific technologies would those have to be filed by the 7th? 

Received on Jan 4, 2018 10:18:27 AM

 Not necessarily. We can file the applications and add claims the claims you want to prosecute later.  What countries where you thinking?  China, Canada and Europe?

Received on Jan 4, 2018 10:19:46 AM

 We need to file the applications by the 7th

Received on Jan 4, 2018 10:23:52 AM

 Why don't we do 2 things:

1.  File apps in the countries your are interested in;  and

2.  I can prepare a few claims sets based on your input above for you to review.  Then you can decide the file them in the foreign apps and the us apps.

Sent on Jan 4, 2018 10:25:14 AM

I was wanting to file in Israel first 

Sent on Jan 4, 2018 10:26:15 AM

but not looking to file my entire patent. just wanting the technologies or technology that i most want to make sure is protected within specific countries 

Sent on Jan 4, 2018 10:27:05 AM

or i can even send u too the claims where the technology I'm thinking is and the claims that i want to make sure are included 

Received on Jan 4, 2018 10:29:20 AM

 That would be good to send the claims you want.

But  at this point we need to file the apps in the countries of interest.  You can add the claims you want after filing.

We will need to send instructions today.

**Messages with Greg Patent Attorney (+19196080097)**

Sent on Jan 4, 2018 10:32:39 AM

do u have any applications that have done the same concept that I'm trying to do that I could look at since I'm so visual? meaning an entire application with a ton of claims and then an international patent that was filed or technology inventions within the patent that were later filed? just to get an idea. i don't know what i would search? or if u can tell me what to search i can do that now 

Received on Jan 4, 2018 10:33:17 AM

The list is long.

Received on Jan 4, 2018 10:34:11 AM

This happens all the time.  Apps are filed in Europe or Germany, etc, then we cancel the pending claims and present news one for what we want to prosecute.

Received on Jan 4, 2018 10:35:34 AM

Also, when we send our instructions to foreign counsel, we will send them your pct application with instructions to secure filing date in that country, and the later New claims will be filed.

This is fairly routine.

Received on Jan 4, 2018 10:37:58 AM

Check out Canadian patent appln. no.  2829318

Sent on Jan 4, 2018 10:55:30 AM

kk thanks that gives me a better idea Greg. I appreciate ur help with that. okay I'm doing a little research now that i have clarity on that and can i get back to u in just a few? 

Received on Jan 4, 2018 10:55:54 AM

Here is an update on timing:

Israel- must be filed by the 7th.  We absolutely need to send filing instructions today.

China- we can file by March 7 with payment of extension fees.

Europe- we can file by feb.  7

Canada -  we should file by Jan 7 but this date can be extended with an extension fee

Sent on Jan 4, 2018 10:56:17 AM

just want to make sure my priority date is ahead 

Sent on Jan 4, 2018 10:57:01 AM

and do u feel that within my USPTO app that there was enough information of my unique technologies that could benefit by filing international apps once claims are then added later on? 

Sent on Jan 4, 2018 10:57:28 AM

or do u still feel that its not relevant unless suing? 

Received on Jan 4, 2018 10:58:18 AM

Yes. There may some variances on a country by country basis.  But generally you can claim whatever you disclose in the application.

Sent on Jan 4, 2018 10:59:45 AM

and what about korea? date on that one 

Received on Jan 4, 2018 11:01:30 AM

Feb 7 for Korea

**Messages with Greg Patent Attorney (+19196080097)**

Sent on Jan 4, 2018 11:06:33 AM
> kk and last question haha but the benefit for filing internationally...say a company begins to use a technology i have had in my patent and they are based out of one of the countries listed above..what would my international patent protect me from if the company came to the US and launched as well?

Received on Jan 4, 2018 11:07:44 AM
**GA:** Your us patent would take of that

Sent on Jan 4, 2018 11:08:12 AM
> but if the company was using it in another country my us patent wouldn't right?

Sent on Jan 4, 2018 11:08:31 AM
> so in order to sue a company I would have to have a patent there?

Received on Jan 4, 2018 11:08:46 AM
**GA:** Yes.  If the launch in isreal

Received on Jan 4, 2018 11:08:54 AM
**GA:** U need a patent in isreal

Sent on Jan 4, 2018 11:13:35 AM
> is that u reassuring me? 🙏

Received on Jan 4, 2018 11:15:00 AM
**GA:** Yes

Sent on Jan 4, 2018 11:16:21 AM
> Thank you Greg. That means more to me than you know.

Sent on Jan 4, 2018 11:18:39 AM
> what are the steps then for today just go ahead and file the patent for israel?

Sent on Jan 4, 2018 11:19:11 AM
> based on ur knowledge what other countries can u reassure me?

Received on Jan 4, 2018 11:20:51 AM
**GA:** I will get instructions sent for Israel today.

Received on Jan 4, 2018 11:21:43 AM
**GA:** Europe and China would be reasonable.  Maybe Canada.

Received on Jan 4, 2018 11:23:53 AM
**GA:** Big markets here retail is important and growing.

Received on Jan 4, 2018 11:24:16 AM
**GA:** Do you have other countries in mind we have not discussed?

Sent on Jan 4, 2018 11:24:57 AM
> What about Switz?

Sent on Jan 4, 2018 11:28:46 AM
> and Korea

**Messages with Greg Patent Attorney (+19196080097)**

> *Received on Jan 4, 2018 11:32:31 AM*
> **GA:** The ep patent app will cover Switzerland

> *Received on Jan 4, 2018 11:32:55 AM*
> **GA:** Korea would be the next tier of countries

> *Received on Jan 4, 2018 11:34:36 AM*
> **GA:** Let's get isreal filed. I will send you a spreadsheet with costs for the other countries above, which we have one more month the file.

> *Received on Jan 4, 2018 11:35:09 AM*
> **GA:** In the meantime, send me the technology you want claim and I can work on a claim set for u to look st

> *Received on Jan 4, 2018 11:35:12 AM*
> **GA:** Look st

> *Sent on Jan 4, 2018 11:40:17 AM*
> okay thanks Greg. I really appreciate it. And thanks for giving me clarity on the individual inventions filing. Means a lot.

> *Received on Jan 4, 2018 11:42:43 AM*
> **GA:** Will follow up when we have instructions sent and filing confirmed.

> *Sent on Jan 4, 2018 11:43:16 AM*
> kk thank you!!

> *Sent on Jan 4, 2018 1:10:07 PM*
> Hey Greg what other word did we use to describe "recommendation system or recommend items"?

> *Sent on Jan 5, 2018 9:41:29 AM*
> Hey Greg what other word did we use to describe "recommendation system or recommend items"?

> *Received on Jan 5, 2018 10:13:55 AM*
> **GA:** I'll look in a few hours. I am out right now.

> *Sent on Jan 6, 2018 4:58:25 PM*
> just checking in bc never heard back from you

> *Received on Jan 6, 2018 5:13:35 PM*
> **GA:** Sorry I have been in the mountains all last week and am just getting back to town. Haven't forgot

> *Received on Jan 7, 2018 6:53:00 AM*
> **GA:** Confirming that we filed the application in isreal today. We will have formal reporting later this week.

> *Received on Jan 8, 2018 10:04:35 AM*
> **GA:** Recommendation system u refer to above I believe is the compiler and "weighted association. See generally para 150- 153. This describes how outfits are recommended.

**Messages with Greg Patent Attorney (+19196080097)**

Sent on Jan 8, 2018 10:32:46 AM

> I understand. Where is the word Greg? U said u we're going to look into it and confirm to me. "I believe" isn't confirming.
>
> Where does it say recommendation system? I never in any email referred to the "recommendation system" as a "compiler weighted association"
> A recommendation system that suggests and recommends specific clothing items in the form of an entire outfit to users.
> Where is that in my patent?

Received on Jan 8, 2018 10:36:26 AM

> It is the compiler.  The compiler is what compiles the outfits.  I just did not understand what you meant by recommendation system.

Received on Jan 8, 2018 10:43:37 AM

> Figs. 8a-9b and paras 142-175

Received on Jan 8, 2018 10:44:11 AM

> Figs 8a-8b relate to onboarding a user

Received on Jan 8, 2018 10:44:25 AM

> Figures 8a-8b

Received on Jan 8, 2018 10:45:36 AM

> To 8d I meant

Sent on Jan 8, 2018 11:30:20 AM

> Recommender systems (RS) are used to help users find new items or services, such as
> books, clothing, transportation , music or even people, based on information about the user, or the recommended item. These systems also play an important role in decision-making, helping users to maximize profits or minimize risks.
>
> Please find in my patent where the "compiler system" that you've defined the application as...states something even remotely similar to that definition above.

Received on Jan 8, 2018 11:45:49 AM

> Here is what you asked"
>
> A recommendation system that suggests and recommends specific clothing items in the form of an entire outfit to users.
> Where is that in my patent? "
>
> This is disclosed in the application as noted above.
>
> Your last text is different.  Can you send me again where this was sent to me?

Sent on Jan 8, 2018 12:02:05 PM

> Greg. You know what I'm asking. And u know exactly what I'm implying. It's the same question I asked on Thursday.
>
> I asked this on Thursday:
> Hey Greg what other word did we use to describe "recommendation system or recommend items"?
>
> Implying the same definition of what a recommender system is. To clarify I stated the definition of an RS to clear up any confusion if you are not understanding what I mean by "recommendation system" — again going back to my question I asked on weds. & Thursday
>
> U answered today:
>  that in my patent it is the "compiler system" and stated figures
>
> My response:
> A compiler system is different and is not the same as a recommendation system.
>
> Compiler system is evident bc yes my system compiles items and outfits (as data) into the database with much more information (user profiles, demographic etc). While learning in order to suggest accurate recommendations
>
> However, the "compiler system" with the figures u sent—that's not one of my "technology inventions" and never has been. And doesn't answer my question.

**Messages with Greg Patent Attorney (+19196080097)**

> Where is the technology that states within my patent that relates to the definition of what a recommender system does? 

Received on Jan 8, 2018 12:07:36 PM

**GA** It's the compiler in the patent application.
I disagree re the compiler system/ recommendation system.
What are you getting at?

Sent on Jan 8, 2018 12:32:08 PM

> Explain the difference between the 2 if you disagree then please 

Received on Jan 8, 2018 12:36:17 PM

**GA** In terms of the patent, the compiler is what "recommends" the outfit based in inputs, events, style preferences etc., whether directly input by the user or learned over time using the app.

Received on Jan 8, 2018 12:36:37 PM

**GA** That how it would be interpreted under patent law

Sent on Jan 8, 2018 1:21:11 PM

> Interpreted under patent law is extremely vague.
>
> You also explained to me that you disclosed the information you did in the patent bc specific details are necessary in order to make sure your inventions are "protected".
>
> If the compiler "recommends"...isn't that a very big assumption to leave out in the open and not confirm that anywhere in the 142 page application?
> And a compiler "compiles" things.
>
> Never heard of a "compiler system" that also recommends without stating or defining. 

Received on Jan 8, 2018 1:26:46 PM

**GA** What I gave you is a general definition and is purposefully broad. That is the point.
The specific way the compiler selects outfit is based on a weighted association of style preferences, demographic info, events, etc. See claim 1, 5-8.

Sent on Jan 8, 2018 1:52:03 PM

> Aware. When you have a ton of functional claims that are extremely broad though, they lack clarity. Which then leads to invalidation.
>
> The odd thing though and most concerning about this entire patent is the fact that there are no claims that support the systems' machine learning, and the systems' intelligence. There were no structural claim limitations used to defend and avoid the alleged problems created by the use of functional limitations. Which does explain why my claims were "purposefully broad." 

Received on Jan 8, 2018 1:53:07 PM

**GA** Ok.

Sent on Jan 8, 2018 1:55:10 PM

> ok? thats what my patent attorney wants to respond with in regards to my inventions that were not included in my patent? you have no affirmative validation to prove otherwise? 

**Messages with Greg Patent Attorney (+19196080097)**

Received on Jan 8, 2018 2:04:52 PM



> Brittany,
>
> I just disagree.
>
> You are searching for reasons why your patent does not protect your business, without looking for ways that it does. I have not seen any reason that the patent does not. What is in the patent is what you and Eric shared with me. If, since the filing, your software as been further refined, then those further refinements would not be in the application.
>
> If you think there are structural details you sent me that are not in the application, resend me the email and give me a chance to confirm or explain.
>
> It would be much more productive if you tell me what you want protect and I can recommend a course of action.
>
> Greg
>
> Greg

Sent on Jan 8, 2018 2:59:19 PM

> "I'm trying to find ways that my patent doesn't support my business." No, I'm your client and I am providing my attorney with legitimate concerns. I have every right to expect proper advice no matter the circumstances. (Especially when it comes to my unique inventions of machine intelligence)
>
> Since day one, your firm and everyone I met with saw the value in my one-of-a-kind inventions. If these inventions were not unique and valuable, there would be no reason to intentionally keep from me, y'all's representation of Amazon.
>
> You know the materials I presented from the beginning, explaining in great detail these distinct inventive concepts. Nothing regarding them has changed. Yes, there has been advancements, but not concerning the issues at hand. The concerns haven't been addressed and properly explained. Which still leaves multiple unanswered concerns.



Received on Jan 8, 2018 3:02:11 PM



> Brittany,
>
> You have yet to tell me what is not in your patent application.

Sent on Jan 8, 2018 3:48:57 PM

> Oh Greg. Give me a break. 🙄



Sent on Jan 8, 2018 4:02:43 PM

> You know exactly what I'm referring to. This is so silly. We all know what's going on here Greg. 😏



Received on Jan 9, 2018 10:28:38 AM



> Again, if you could send me the emails with materials that we did not include in your patent application, I would be happy confirm or explain.

Sent on Jan 9, 2018 10:46:25 AM

> Greg - we're beating a dead horse here. A recommender system or anything even remotely close to a RS is not in my patent, bottom line.
>
> A compiler system once again only compiles info. Which I know as a patent attorney, you know the differences. My machine intelligence was not included and supported with structural claims in order to avoid confusion with the functional claims.
>
> The figures and claims u mentioned yesterday, yes they did support a compiler system. Not any type of recommendation system, recommender system, content recommender system, recommendation engine, or explain at all any of my application's machine intelligence.
>
> Once you can provide the location of where this is in my patent, we will move on to the other concerns.



Sent on Jan 9, 2018 10:48:48 AM

> If you would like to provide where my inventions are within my patent and explain where the machine intelligence lies, I would say that would be helpful.



**Messages with Greg Patent Attorney (+19196080097)**

Received on Jan 9, 2018 11:02:44 AM

We clearly are texting past each other.

Let's try this. The compiler compiles virtual outfits/models based on the association of the different inputs. My position is that this covers your RS(however you want to define it). That is what is in the application. Learning can be found in para 52, 62, 72, 95, 152.

You describe above an RS system that recommends what specifically? Data to be compiled into an outfit, images of outfits, models of outfits? Physical outfits? Once an outfit is "chosen" how is it presented to the user?

Please send me the emails where you described the RS system, as you put it, and why that is not a compiler.

Sent on Jan 9, 2018 12:23:46 PM

Learns is mentioned in para 62 one time. And it states "learns a users style preferences based on outfit selection and other user data." But then doesn't give any examples...doesn't state how — by a "learning engine or other logical analysis" ? Nothing.

The again concern: compiler you state is the system that "learns" — however learns is never associated with compiler in my patent. So how would someone understand this is the system, engine, analysis tool etc. that "learns" and becomes smarter through that data the system is compiling?



Sent on Jan 9, 2018 12:28:39 PM

Greg you had all my information with how the machine would be TRAINED AND HOW IT WOULD LEARN from that data. Not just stored and compiled into a database. My own personal database I have created since the beginning, is a compiler system.



Received on Jan 9, 2018 12:31:32 PM

Last 4 sentences in para 72. Other areas cited. I really don't see your concern. I wanted to draft a claim that says the compiler compiles outfits based on learned information, I could.

Again, please explain what your RS does, and how it works, as you state it, or send me the emails that have this RS as you stated above, with all the structural details about you said you gave me.

Received on Jan 9, 2018 12:33:19 PM

Question for you:

If a you get a patent claim that is focused on compiling fashion items based learned relationships, would that cover your business? If so, then we can draft that claim based on your current application.

Sent on Jan 9, 2018 2:58:47 PM

Question for you Greg.
Do you remember this email and article?
It described the machine learning technology I continue referring to with how Lutzy incorporated it, and how it should be (if it hadn't) included in my patent when I sent this. Also texted you about it.

You never responded. Everything I had questions about that related to machine intelligence were dodged and overlooked.



Sent on Jan 9, 2018 2:59:05 PM



Received on Jan 9, 2018 3:02:19 PM

I read this article. Show me where in it your invention is?

**Messages with Greg Patent Attorney (+19196080097)**

Received on Jan 9, 2018 3:03:04 PM

 What structural details about lutzy's machine learning are in this article?

Sent on Jan 9, 2018 3:05:14 PM

Okay u read it. Cool. Why not then reach back out and ask me those questions then to understand before my patent was refiled? It does me no good at this point when it wasn't addressed then and made sure I was protected 

Received on Jan 9, 2018 3:09:02 PM

 Didn't answer the question.  What structural details about machine learning of your invention are in this article?  I did ask you and Eric about the learning aspect and all I got back was the weighted association related to the compiler above.

Received on Jan 9, 2018 3:09:54 PM

 You approved the application.   What else are you looking for?

Sent on Jan 9, 2018 3:34:40 PM

Greg...I hired u and ur firm to protect my IP. My IP is not protected and it's evident when everyone and their mom is patenting my exact inventions and concepts.

You even sent me articles on machine learning and it relating to fashion etc. I don't understand why you would do that if mine "never" had any association with it.

I shouldn't have to even remotely understand what is terminology is correct in my patent bc not only am I paying you to do that but I'm also putting my trust in you to be protecting my iP.

What am i looking for? I'm looking for where the machine intelligence is described in my patent. And how a "compiler system" proves it's associated and operates the same as a recommendation system. That's what I'm looking for. Show me how a compiler system is not just a database compiling information and data.

Or answers as to why questions weren't asked after articles I sent directly relating to machine intelligence weren't addressed. (when i also stated that technology is exactly what my application is doing.)

That's what I'm looking for...answers. 

Received on Jan 9, 2018 4:14:37 PM

 Again, the portions of spec and claims cited above is what I believe related to your "machine learning." I have tried to answer your questions to the best of ability.

I did my best in combing through your materials and turning it into a patent application that described your invention at the time  the application was filed.

You believe your inventions and IP are not protected.  I can understand that frustration.  But I vehemently disagree that your patent application does not protect you.

That others are patenting similar concepts just means you are in a race, not that anyone at our firm, or myself, stole your IP.  That allegation is flat out false.  Keep in mind that anyone that files AFTER you loses that race.

If there are features for machine learning you feel need more protection, then prepare and file another patent application.

Later tonight I will be sending you an email about upcoming foreign filing deadlines that are important.

Ex. V-11